1  David L. Anderson (SBN 149604)
   dlanderson@sidley.com
2  Sheila A.G. Armbrust (SBN 265998)
   sarmbrust@sidley.com
3  Nicole M. Ryan (SBN 175980)
   nicole.ryan@sidley.com
4  Sarah E. Gallo (SBN 335544)
   sgallo@sidley.com
5  Chaddy Georges (SBN 335546)
   cgeorges@sidley.com
6  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
7  San Francisco, CA 94104
   Telephone: (415) 772-1200
8
   Mark B. Blocker (*pro hac vice* forthcoming)
   mblocker@sidley.com
   SIDLEY AUSTIN LLP
   One South Dearborn
   Chicago, IL 60603
   Telephone: (312) 853-7000

   *Attorneys for Plaintiffs Parag Agrawal,*
9  *Ned Segal, Vijaya Gadde, and Sean Edgett*

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO/OAKLAND DIVISION**

14

| | |
|---|---|
| 15  PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT, | Case No. 24-cv-01304 |
| 16  | **PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 17  Plaintiffs, | |
| 18  vs. | |
| 19  ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA, | |
| 24  Defendants. | |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion") in connection with Plaintiffs' Complaint for Severance Benefits, Equitable Relief, and Statutory Penalties (ERISA) (the "Complaint"). Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that has been "designated as confidential by another party." Civ. L.R. 79-5(c). Civil Local Rule 79-5(f) provides: "For any document a party ('Filing Party') seeks to seal because that document has been designated as confidential by another party or non-party, . . . the Filing Party must . . . file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed."

In compliance with Civil Local Rule 79-5(f), Plaintiffs submit this Administrative Motion because their Complaint contains information that Defendant X Corp., the successor to Twitter, Inc., has claimed or may claim is confidential. X Corp. has the burden to justify its claims of confidentiality and to establish that the designated information is sealable. Civ. L.R. 79-5(f)(3) and (c)(1). In the interim, Plaintiffs are provisionally submitting the following information under seal.

| Docket No. | Document | Portion(s) Sought to Be Provisionally Sealed |
|---|---|---|
| Dkt. No. 1 | Complaint for Severance Benefits, Equitable Relief, and Statutory Penalties (ERISA) | Page 6, Lines 16-19<br><br>Page 12, Line 4<br><br>Page 13, Lines 5-6<br><br>Page 18, Line 8<br><br>Page 19, Lines 21-23<br><br>Page 20, Lines 1-3; 5-8; 10-11; 15-16<br><br>Page 22, Lines 7-12<br><br>Page 23, Lines 23-27<br><br>Page 24, Lines 1-2; 4-7<br><br>Page 25, Lines 6-19; 23-28<br><br>Page 27, Lines 4-12; 17-23 |

1

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 24-CV-01303

| | | Page 32; Lines 21-23; 25 |
|---|---|---|
| | | Page 34; Lines 11-13 |

WHEREFORE, Plaintiff respectfully submits this Administrative Motion pursuant to Civil Local Rule 79-5, and hereby notifies Defendant X Corp. of its burden to establish that the designated material is sealable if X Corp. seeks to have the material sealed. In accordance with Civil Local Rule 79-5(e), an unredacted version of the Complaint accompanies this Administrative Motion.

Date: March 4, 2024                                                    SIDLEY AUSTIN LLP

By: */s/ David L. Anderson*
    David L. Anderson

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*