| | |
|---|---|
| David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>Sarah E. Gallo (SBN 335544)<br>sgallo@sidley.com<br>Chaddy Georges (SBN 335546)<br>cgeorges@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200 | Mark B. Blocker (*pro hac vice* forthcoming)<br>mblocker@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000 |

*Attorneys for Plaintiffs Parag Agrawal,*
*Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No.  24-cv-01304<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, it is hereby ORDERED that the following documents are filed under seal provisionally until the Court makes a determination of whether the material shall remain under seal:

| Docket No. | Document | Portion(s) Sought to Be Provisionally Sealed |
|---|---|---|
| Dkt. No. 1 | Complaint for Severance Benefits, Equitable Relief, and Statutory Penalties (ERISA) | Page 6, Lines 16-19<br><br>Page 12, Line 4<br><br>Page 13, Lines 5-6<br><br>Page 18, Line 8<br><br>Page 19, Lines 21-23<br><br>Page 20, Lines 1-3; 5-8; 10-11; 15-16<br><br>Page 22, Lines 7-12<br><br>Page 23, Lines 23-27<br><br>Page 24, Lines 1-2; 4-7<br><br>Page 25, Lines 6-19; 23-28<br><br>Page 27, Lines 4-12; 17-23<br><br>Page 32; Lines 21-23; 25<br><br>Page 34; Lines 11-13 |

IT IS SO ORDERED.

Dated: _____, 2024

_____
United States District Judge