| | |
|---|---|
| David L. Anderson (SBN 149604) <br> dlanderson@sidley.com <br> Sheila A.G. Armbrust (SBN 265998) <br> sarmbrust@sidley.com <br> Nicole M. Ryan (SBN 175980) <br> nicole.ryan@sidley.com <br> Sarah E. Gallo (SBN 335544) <br> sgallo@sidley.com <br> Chaddy Georges (SBN 335546) <br> cgeorges@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 | Mark B. Blocker (*pro hac vice* forthcoming) <br> mblocker@sidley.com <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL 60603 <br> Telephone: (312) 853-7000 |

*Attorneys for Plaintiffs Parag Agrawal,*
*Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT, <br><br> Plaintiffs, <br><br> vs. <br><br> ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA, <br><br> Defendants. | Case No.  24-cv-01304 <br><br> **PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict
2 | or interest (other than the named parties) to report.
3 |
4 | Date:  March 4, 2024                                    SIDLEY AUSTIN LLP
5 |
6 |                                                         By: */s/ David L. Anderson*
                                                                 David L. Anderson
7 |
                                                            *Attorneys for Plaintiffs Parag Agrawal,*
8 |                                                         *Ned Segal, Vijaya Gadde, and Sean Edgett*

---

1

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S CERTIFICATION OF
CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 24-CV-01304