David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mark B. Blocker (*pro hac vice* forthcoming)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA, ,<br><br>Defendants. | Case No.  4:24-cv-01304-KAW<br><br>**PROOF OF SERVICE** |

1    I, Abigail Richards-Hatton, declare as follows:

2         That declarant is and was, at all times herein mentioned, a citizen of the United States and a

3    resident of the County of San Francisco, over the age of eighteen, and not a party to or interest in the

4    above-captioned action; and that declarant's business address is 555 California Street, Suite 2000,

5    San Francisco, CA 94104.

6         That on March 4, 2024, I sent filed copies of the following documents:

7    • **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
     ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, WITH EXHIBIT**

8    **A THERETO (COMPLAINT FOR SEVERANCE BENEFITS, EQUITABLE
     RELIEF, AND STATUTORY PENALTIES (ERISA) [CONFIDENTIAL;**

9    **FILED UNDER SEAL])**

10   • **[PROPOSED] ORDER GRANTING PLAINTIFFS PARAG AGRAWAL, NED
     SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S ADMINISTRATIVE**

11   **MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
     SHOULD BE SEALED**

12

13   via e-mail to the following:

14   **MELISSA HILL**
     **SEAN MCMAHAN**

15   **TYLER HILL**
     **CAROLYN CORCORAN**

16   MORGAN, LEWIS, & BOCKIUS LLP
     101 Park Ave.

17   New York, NY 10178-0060
     melissa.hill@morganlewis.com

18   sean.mcmahan@morganlewis.com
     tyler.j.hill@morganlewis.com

19   carolyn.corcoran@morganlewis.com
     *Attorneys for X Corp.*

20

21        Within a reasonable time after the transmission, no electronic message or other indication

22   that the transmission was unsuccessful was received.

23        I declare under penalty of perjury under the laws of the United States that the foregoing is

24   true and correct. Executed this March 5, 2024, at San Francisco, California.

25

26        /s/ Abigail Richards-Hatton
          Abigail Richards-Hatton

27

28