AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT <br><br> *Plaintiff(s)* <br><br> v. <br><br> ELON MUSK, et al. (See Attachment A) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:24-cv-01304-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David L. Anderson
> Sidley Austin LLP
> 555 California St, Suite 2000
> San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: March 5, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-01304-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

### 4:24-cv-01304-KAW

**ATTACHMENT A TO SUMMONS**
**(Defendants)**

**Elon Musk**
c/o X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

**X Corp., f/k/a Twitter, Inc.**
1355 Market St., Suite 900
San Francisco, CA 94103

**Twitter, Inc. Change of Control and Involuntary Termination Protection Policy**
c/o X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

**Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy**
c/o X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

**Lindsay Chapman**
c/o X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

**Brian Bjelde**
c/o X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

**Dhruv Batura**
c/o X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

| Attorney or Party without Attorney:<br>DAVID L. ANDERSON (SBN 149604)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone No: (415) 772-1200<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>101191 40020 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: PARAG AGRAWAL; et al. |
|---|
| Defendant: ELON MUSK; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-cv-01304 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Plaintiffs Administrative Motion To Consider Whether Another Party's Material Should Be Sealed; Plaintiffs Certification Of Conflicts And Interested Entities Or Persons; Application For Admission Of Attorney Pro Hac Vice X2; Notice Of Electronic Filing; Order Setting Initial Case Management Conference And Adr Deadlines; Consent Or Declination To Magistrate Judge Jurisdiction; Consenting To The Jurisdiction Of A Magistrate Judge; Standing Order For Magistrate Judge Kandis A. Westmore; Standing Order For All Judges

3. a. Party served:    X CORP., f/k/a TWITTER, INC.
   b. Person served:   JESSIE GASTELUM, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    330 NORTH BRAND BOULEVARD 700, GLENDALE, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 05 2024 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   **b. FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
   c. (415) 626-3111

   d. *The Fee* for Service was:   427.37

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

03/05/2024
(Date)

(Signature)



PROOF OF SERVICE

10551301
(6073828)