MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

*Attorneys for Defendant X Corp., f/k/a Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a/ TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 4:24-cv-01304-MMC<br><br>**DEFENDANT X CORP.'S NOTICE OF APPEARANCE OF ERIC MECKLEY** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 145348928.1

NOTICE OF APPEARANCE OF
E. MECKLEY
CASE NO. 4:24-CV-01304-MMC

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Eric Meckley of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant X Corp., formerly known as Twitter, Inc. ("X") in the above-captioned action. He is a member in good standing of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address is below. X requests that he be added to the docket and that e-mail notifications be sent to the email address below.

> Eric Meckley, Bar No. 168181
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105-1596
> Tel:   +1.415.442.1000
> Fax:  +1.415.442.1001
> Email: eric.meckley@morganlewis.com
> Email: adele.doyle@morganlewis.com

Dated: March 11, 2024

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Eric Meckley*
Eric Meckley
*Attorneys for Defendant X Corp.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 145348928.1

2

NOTICE OF APPEARANCE OF
E. MECKLEY
CASE NO. 4:24-CV-01304-MMC