IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>    Defendants. | Case No. 24-cv-01304-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT COURTESY COPIES OF COMPLAINT AND ADMINISTRATIVE MOTION** |

On March 11, 2024, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith courtesy copies of the following documents: (1) the "Complaint for Severance Benefits, Equitable Relief, and Statutory Penalties (ERISA)," filed March 4, 2024, as well as the exhibits attached thereto; and (2) the "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed," filed March 4, 2024, as well as the exhibit attached thereto.  Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: March 11, 2024

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge