MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

*Attorneys for Defendant X Corp., f/k/a Twitter, Inc.*

SIDLEY AUSTIN LLP
David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: +1.415.772.1200

Mark B. Blocker (appearance *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: +1.312.853.7000

*Attorneys for Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a/ TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case 4:24-cv-01304-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT X CORP. TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Compl. Filed:   March 4, 2024 |

Pursuant to Civ. L.R. 6-2 and 7-12, Defendant X Corp., formerly known as Twitter, Inc. ("X"), and Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett ("Plaintiffs") (collectively the "Parties"), by and through their undersigned counsel, stipulate as follows:

1. WHEREAS, on March 4, 2024, Plaintiffs filed this Action (Dkt. No. 1);

2. WHEREAS, on March 4, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") (Dkt. No. 3), provisionally submitting portions of their Complaint under seal based on X's confidentiality claims and notifying X of its burden to establish that the designated material is sealable;

3. WHEREAS, pursuant to Civ. L.R. 79-5(f)(3), X's deadline to respond to the Motion via statement and/or declaration is March 11, 2024;

4. WHEREAS, pursuant to Civ. L.R. 79-5(f)(4), Plaintiffs may file a statement and/or declaration in response four days after the filing of X's statement and/or declaration;

5. WHEREAS, on March 4, 2024, Plaintiffs served X with a copy of its Motion (Dkt. No. 11);

6. WHEREAS, given the early stage of the proceedings and X's request for additional time to respond to the Motion, the Parties agree briefing on the Motion may be deferred through and until March 26, 2024;

WHEREAS, pursuant to Local Rule 6-2, X has attached the Declaration of Eric Meckley in further support of this Stipulation and [Proposed] Order.

NOW THEREFORE, the Parties having met and conferred and, through their respective counsel, stipulate and agree to the following briefing schedule with respect to the Motion:

1. X shall file its statement and/or declaration in response to the Motion by March 26, 2024; and

2. Plaintiffs may file an additional statement and/or declaration in response by April 3, 2024.

IT IS SO STIPULATED AND AGREED.

Dated: March 11, 2024          By /s/ Eric Meckley
                                  Eric Meckley (Bar No. 168181)

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Attorneys for Defendant X Corp.*

Dated: March 11, 2024          By */s/ Nicole S. Ryan*
                               Sidley Austin LLP
                               Nicole M. Ryan (SBN 175980)

*Attorneys for Plaintiffs*

**L.R. 5-1(i)(3) Certification**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

*/s/ Eric Meckley*
Eric Meckley

I, Eric Meckley, declare and state as follows:

1. I am an attorney duly licensed by the State of California and admitted to practice before this Court.

2. I am a partner at Morgan, Lewis & Bockius LLP, and I am one of the attorneys representing Defendant X Corp., f/k/a Twitter, Inc ("X") in this matter. I submit this declaration pursuant to N.D. Cal. Civ. L.R. 6-2(a) in support of the Stipulation and [Proposed] Order to Extend Time For X Corp. to Respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Stipulation").

3. On March 4, 2024, Plaintiffs filed this Action (Dkt. No. 1);

4. On March 4, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") (Dkt. No. 3).

7. Pursuant to N.D. Cal. Civ. L.R. 79-5(f)(3), X's deadline to respond to the Motion via statement and/or declaration is seven days after the filing of the Motion, *i.e.*, March 11, 2024;

5. Pursuant to N.D. Cal. Civ. 79-5(f)(4), the deadline for Plaintiffs to file a response to X's statement and/or declaration is four days after the filing of X's statement and/or declaration, *i.e.*, March 15, 2024.

6. On March 4, 2024, Plaintiffs served X with a copy of its Motion (Dkt. No. 11).

7. On March 7, 2024, counsel for the Parties conferred regarding X's request to modify the current briefing schedule regarding Plaintiffs' Motion. Pursuant to that discussion, to allow X sufficient time to file its statement and/or declaration in response of Plaintiffs' Motion and to allow Plaintiffs sufficient time to respond thereto, the Parties have agreed to stipulate to an extension of the existing as follows:

- o X shall file its statement and/or declaration in response to the Motion by March 26, 2024; and
- o Plaintiffs may file an additional statement and/or declaration in response by April 3, 2024.

8. No prior modifications to these deadlines have been made in this case.

9. There is no active scheduling order and no other case deadlines have been established. Accordingly, the requested time modification will not affect the scheduling in this case (aside from establishing the proposed briefing schedule).

I declare under penalty under the law of the State of California that the foregoing is true and correct.

Executed this 11th day of March 2024 in San Francisco, California.

*/s/ Eric Meckley*
Eric Meckley

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION

Upon consideration of the Parties' Stipulation to Extend Time for X Corp. to Respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the declaration submitted in support thereof, and finding good cause exists for the Request, it is hereby **ORDERED** that the Parties shall submit briefing regarding Plaintiffs' Motion as follows:

1. X shall file its statement and/or declaration in response to the Motion by March 26, 2024; and

2. Plaintiffs may file an additional statement and/or declaration in response by April 3, 2024.

**IT IS SO ORDERED**

  March 12                                    2024.

*[signature]*
Maxine M. Chesney
U.S. District Court Judge
Northern District of California