| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Eric Meckley (Bar No. 168181) |
|   | eric.meckley@morganlewis.com |
| 3 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 4 | Tel: +1.415.442.1000 |

*Attorneys for Defendants*
ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a/ TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**NOTICE OF APPEARANCE OF ERIC MECKLEY FOR DEFENDANTS ELON MUSK; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 145348928.1

E. MECKLEY NOTICE OF APPEARANCE
CASE NO. 3:24-CV-01304-MMC

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Eric Meckley of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendants ELON MUSK; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA ("Defendants") in the above-captioned action. He is a member in good standing of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address is below. Defendants request that he be added to the docket and that e-mail notifications be sent to the email address below.

> Eric Meckley, Bar No. 168181
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105-1596
> Tel:    +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: eric.meckley@morganlewis.com
> Email: adele.doyle@morganlewis.com

Dated: March 21, 2024                                    MORGAN, LEWIS & BOCKIUS LLP

                                                   By */s/ Eric Meckley*
                                                      Eric Meckley
                                                      *Attorneys for Defendants*
                                                         ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                    E. MECKLEY NOTICE OF APPEARANCE
                                                  CASE NO. 3:24-CV-01304-MMC

DB1/ 145348928.1