MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   +1.415.442.1000

*Attorneys for Defendants*
ELON MUSK; X CORP.; TWITTER, INC.
CHANGE OF CONTROL AND
INVOLUNTARY TERMINATION
PROTECTION POLICY; TWITTER, INC.
CHANGE OF CONTROL SEVERANCE
AND INVOLUNTARY TERMINATION
PROTECTION POLICY; LINDSAY
CHAPMAN; BRIAN BJELDE; AND
DHRUV BATURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT, | Case No. 3:24-cv-01304-MMC |
| Plaintiffs, | [Assigned to Judge Maxine M. Chesney] |
| vs. | **STIPULATION TO MODIFY AND EXTEND TIME FOR DEFENDANT X CORP. TO RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)** |
| ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA, | Complaint Served:        March 5, 2024<br>Current Response Date:   March 26, 2024<br>New Response Date:       May 20, 2024 |
| Defendants. | |

1   Defendants Elon Musk, X Corp. ("X Corp."), Twitter, Inc. Change of

2   Control and Involuntary Termination Protection Policy ("Change of Control

3   Policy"), Twitter, Inc. Change of Control Severance and Involuntary Termination

4   Protection Policy ("Severance Policy"), Lindsay Chapman, Brian Bjelde, and

5   Dhruv Batura (collectively, "Defendants"), and Plaintiffs Parag Agrawal, Ned

6   Segal, Vijaya Gadde, and Sean Edgett (collectively, "Plaintiffs") (Defendants and

7   Plaintiffs, together, the "Parties") through their undersigned counsel, hereby

8   stipulate as follows:

9   WHEREAS, on March 4, 2024, Plaintiffs filed a complaint in the above-

10  mentioned Court (the "Complaint") (*See* ECF No. 1);

11  WHEREAS, on March 5, 2024, 2024, Plaintiffs served the Complaint on X

12  Corp.;

13  WHEREAS, X Corp.'s original deadline to respond to the Complaint was

14  March 26, 2024;

15  WHEREAS, on March 19, 2024, Plaintiffs provided Defendants Musk,

16  Change of Control Policy, Severance Policy, Chapman, Bjelde, and Batura with

17  proposed Waivers of the Service of Summons (the "Waivers"), all of which

18  Waivers were executed and returned to Plaintiffs' counsel on March 20, 2024;

19  WHEREAS, pursuant to the Waivers, Defendants Musk, Change of Control

20  Policy, Severance Policy, Chapman, Bjelde, and Batura's response to the

21  Complaint is currently due on May 20, 2024;

22  WHEREAS, pursuant to Local Rule 6-1(a), Plaintiffs and Defendants agreed

23  to extend the date by which X Corp. must likewise respond to the Complaint to

24  May 20, 2024, both to permit Defendants to all respond to the Complaint on the

25  same date and for the convenience of the Defendants;

26  WHEREAS, this Stipulation is submitted in good faith and not for purposes

27  of delay;

28  WHEREAS, pursuant to Northern District Civil Local Rule 6-1(a), this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION TO MODIFY AND EXTEND TIME FOR
DEFENDANT X CORP. TO RESPOND TO COMPLAINT
CASE NO. 3:24-cv-01304-MMC

1  Stipulation will not alter the date of any event or any deadline already fixed by

2  Court order.

3          THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and

4  Defendants that X Corp.'s deadline to respond to the Complaint is extended to and

5  including May 20, 2024.

6          **IT IS SO STIPULATED.**

7

8  Dated: March 21, 2024          MORGAN, LEWIS & BOCKIUS LLP

9

10                                 By:  _____*/s/ Eric Meckley*_____
                                                 Eric Meckley
11                                 Attorneys for Defendants
                                     ELON MUSK; X CORP.; TWITTER,
12                                   INC. CHANGE OF CONTROL AND
                                     INVOLUNTARY TERMINATION
13                                   PROTECTION POLICY; TWITTER,
                                     INC. CHANGE OF CONTROL
14                                   SEVERANCE AND INVOLUNTARY
                                     TERMINATION PROTECTION
15                                   POLICY; LINDSAY CHAPMAN;
                                     BRIAN BJELDE; AND DHRUV
16                                   BATURA
17

18 Dated: March 21, 2024          SIDLEY AUSTIN LLP

19

20                                 By:  _____*/s/ Nicole Ryan*_____
                                                 Nicole Ryan
21                                 Attorneys for Plaintiffs
                                     PARAG AGRAWAL, NED SEGAL,
22                                   VIJAYA GADDE, and SEAN EDGETT

23

24

25

26

27

28

- 3 -          STIPULATION TO MODIFY AND EXTEND TIME FOR
               DEFENDANT X CORP. TO RESPOND TO COMPLAINT
               CASE NO. 3:24-cv-01304-MMC

1    In compliance with Northern District Local Rule 5-1(i)(3), I attest that all

2  other signatories listed, and on whose behalf the filing is submitted, concur in the

3  filing's content and have authorized the filing.

4  Dated:  March 21, 2024                    MORGAN, LEWIS & BOCKIUS LLP

5                                            By: */s/ Eric Meckley*
                                                _____
6                                                Eric Meckley
                                                 Attorneys for Defendants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -              STIPULATION TO MODIFY AND EXTEND TIME FOR
                   DEFENDANT X CORP. TO RESPOND TO COMPLAINT
                   CASE NO. 3:24-cv-01304-MMC