| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Eric Meckley (Bar No. 168181) |
| 2 | eric.meckley@morganlewis.com |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: +1.415.442.1000 |
| 4 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 5 | Abbey M. Glenn (Bar No. 267751) |
| | abbey.glenn@morganlewis.com |
| 6 | 1111 Pennsylvania Avenue, NW |
| | Washington, DC 20004-2541 |
| 7 | Tel: +1.202.739.3000 |

*Attorney for Defendants*
ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a/ TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**NOTICE OF APPEARANCE OF ABBEY M. GLENN FOR DEFENDANTS ELON MUSK; X CORP; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA** |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Abbey M. Glenn of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendants ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA ("Defendants") in the above-captioned action. She is a member in good standing of the State Bar of California and admitted to practice in the Northern District of California. Her address, telephone and facsimile numbers, and e-mail address are below. Defendants request that she be added to the docket and that e-mail notifications be sent to the email address below.

> Abbey M. Glenn, Bar No. 267751
> MORGAN, LEWIS & BOCKIUS, LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004-2541
> Tel:   +1.202.739.5569
> Fax:   +1.202.739.3001
> Email: abbey.glenn@morganlewis.com

Dated: March 25, 2024                MORGAN, LEWIS & BOCKIUS LLP

                                     By */s/ Abbey M. Glenn*
                                        Abbey M. Glenn
                                        *Attorneys for Defendants*