UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARAG AGRAWAL, et al.,

Plaintiff(s),

v.

ELON MUSK, X CORP., et al.,

Defendant(s).

Case No. 4:24-cv-01304-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian W. Sullivan, an active member in good standing of the bar of the State of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Elon Musk, et al. in the above-entitled action. My local co-counsel in this case is Eric Meckley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 168181.

| Morgan, Lewis & Bockius LLP<br>2222 Market Street<br>Philadelphia, PA 19103-3008 | Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 1.215.963.5000 | 1.415.442.1000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brian.sullivan@morganlewis.com | eric.meckley@morganlewis.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 208728.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2024

Brian W. Sullivan
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian W. Sullivan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 28, 2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Updated 11/2021

2



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Brian William Sullivan, Esq.*

DATE OF ADMISSION

*November 6, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 26, 2024

*Darian Holland*
Darian Holland
Chief Clerk