David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mark B. Blocker (Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal,*
*Ned Segal, Vijaya Gadde, and Sean Edgett*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Pursuant to Civil Local Rule 79-5(f), Plaintiffs respectfully submit this Administrative

2  Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative

3  Motion") in connection with Plaintiffs' Opposition to Defendants' Request to Seal Portions of the

4  Complaint in Response to Plaintiffs' Administrative Motion (the "Opposition"). Civil Local Rule

5  79-5 governs the filing under seal of entire documents or portions of documents that contain material

6  that has been "designated as confidential by another party." Civ. L.R. 79-5(c). Civil Local Rule 79-

7  5(f) provides: "For any document a party ('Filing Party') seeks to seal because that document has

8  been designated as confidential by another party or non-party, . . . the Filing Party must . . . file an

9  Administrative Motion to Consider Whether Another Party's Material Should Be Sealed."

10   Plaintiffs submit this Administrative Motion because their Opposition contains information

11  that defendants claim is protected by the attorney-client privilege. Defendants have the burden to

12  justify their claims of privilege and to establish that the designated information is sealable. Civ. L.R.

13  79-5(f)(3) and (c)(1). For the reasons stated in their Opposition, Plaintiffs respectfully submit that

14  the information is not privileged and should not be sealed. Plaintiffs are provisionally submitting the

15  following information under seal pending the Court's determination.

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to Be Provisionally Sealed |
|---|---|---|
| Dkt. No. 41 / (Dkt. No. 40-1) | Plaintiffs' Opposition to Defendants' Request to Seal Portions of the Complaint in Response to Plaintiffs' Administrative Motion | Page 2, Lines 12-13<br><br>Page 2, Lines 26-27<br><br>Page 3, Lines 1-3 |

21   In accordance with Civil Local Rule 79-5(e), an unredacted version of the Opposition

22  accompanies this Administrative Motion.

23  Date: April 3, 2024                                      SIDLEY AUSTIN LLP

24

25                                                          By:*/s/ David L. Anderson*
                                                               David L. Anderson

26
                                                            *Attorneys for Plaintiffs Parag Agrawal,*
27                                                          *Ned Segal, Vijaya Gadde, and Sean Edgett*

28
                                                  1
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
CASE NO. 3:24-CV-01304-MMC