David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mark B. Blocker (Admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**DECLARATION OF NICOLE M. RYAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST TO SEAL PORTIONS OF THE COMPLAINT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION** |

I, Nicole M. Ryan, declare as follows:

1. I am an attorney at the law firm Sidley Austin LLP and counsel for Plaintiffs in this matter. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Request to Seal Portions of the Complaint in Response to Plaintiffs' Administrative Motion. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for Defendants in this matter, dated March 19, 2024 through March 21, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 3, 2024.

By: /s/ Nicole M. Ryan
Nicole M. Ryan

---

1

DECLARATION OF NICOLE M. RYAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST TO SEAL PORTIONS OF THE COMPLAINT
CASE NO. 3:24-CV-01304-MMC