# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan, Nicole |
| **To:** | Boran, Christopher; Meckley, Eric |
| **Cc:** | Blumenfeld, Jeremy P.; Hill, Melissa D.; Glenn, Abbey M.; McMahan, Sean; Anderson, David; Armbrust, Sheila; Blocker, Mark B.; Georges, Chaddy; Gallo, Sarah E.; Richards-Hatton, Abigail O. |
| **Subject:** | RE: Agrawal v. Musk, 3:24-cv-01304-MMC |
| **Date:** | Thursday, March 21, 2024 9:40:55 AM |

Chris,

Thanks for your response.

We cannot agree to stipulate to another two week extension, beyond the 15 days we have already agreed to.

If you choose to file a motion, please include our position as "Plaintiffs will not agree to the requested relief because it does not take five weeks to review and assess 2 1/2 pages of redactions."

Nicole

**NICOLE M. RYAN**
Counsel

**SIDLEY AUSTIN LLP**
+1 415 772 1250
nicole.ryan@sidley.com

> **From:** Boran, Christopher <christopher.boran@morganlewis.com>
> **Sent:** Wednesday, March 20, 2024 7:53 PM
> **To:** Ryan, Nicole <nicole.ryan@sidley.com>; Meckley, Eric <eric.meckley@morganlewis.com>
> **Cc:** Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Blocker, Mark B. <mblocker@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Richards-Hatton, Abigail O. <arichardshatton@sidley.com>
> **Subject:** Re: Agrawal v. Musk, 3:24-cv-01304-MMC
>
> Nicole,
> Thanks for your response. There are a number of redactions in the Complaint which require review of confidential documents from which the references came. We are reviewing the redacted references and assessing, line by line, whether the redactions must be retained or if there are some that can be unredacted. This requires analysis of privilege issues beyond confidentiality and proprietary considerations. We also need additional time to sufficiently confer with our clients and navigate other scheduling issues.

Ultimately, we want to prepare a submission that is most useful to the Court and plaintiffs in evaluating the items that need to remain sealed. And we do not expect that the additional time will impose any prejudice on plaintiffs.

Please let us know if you have any additional questions or concerns.

Chris

**Chris Boran**

**Morgan, Lewis & Bockius LLP**

110 N Wacker Drive, Chicago, IL 60601

Direct: +1.312.324.1146 | Main: +1.312.324.1000 |
Cell: +1.312.952.8210 | Fax: +1.312.324.1001

christopher.boran@morganlewis.com | www.morganlewis.com

**From:** Boran, Christopher <christopher.boran@morganlewis.com>
**Sent:** Wednesday, March 20, 2024 11:56 AM
**To:** Ryan, Nicole <nicole.ryan@sidley.com>; Meckley, Eric <eric.meckley@morganlewis.com>
**Cc:** Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Blocker, Mark B. <mblocker@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Richards-Hatton, Abigail O. <arichardshatton@sidley.com>
**Subject:** RE: Agrawal v. Musk, 3:24-cv-01304-MMC

Nicole,
We plan to seek an additional two weeks to respond to the administrative seal motion, which is otherwise due on March 26.  Can you please let us know if plaintiffs will stipulate to this request?

Thanks,
Chris

**Chris Boran**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1146 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Natalie Medina | +1.312.324.1167 | natalie.medina@morganlewis.com
christopher.boran@morganlewis.com | www.morganlewis.com



**From:** Ryan, Nicole <nicole.ryan@sidley.com>
**Sent:** Tuesday, March 19, 2024 7:39 PM
**To:** Boran, Christopher <christopher.boran@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>
**Cc:** Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Blocker, Mark B. <mblocker@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Richards-Hatton, Abigail O. <arichardshatton@sidley.com>

**Subject:** RE: Agrawal v. Musk, 3:24-cv-01304-MMC

[EXTERNAL EMAIL]
Chris and Eric,

Here are the waivers of service. Please sign and return to me. We will agree to extend X Corp.'s deadline to respond to the complaint to align with the other defendants under the waivers (i.e., 60 days from today).

Thanks,
Nicole

**NICOLE M. RYAN**
Counsel

**SIDLEY AUSTIN LLP**
+1 415 772 1250
nicole.ryan@sidley.com

**From:** Boran, Christopher <christopher.boran@morganlewis.com>
**Sent:** Tuesday, March 19, 2024 12:04 PM
**To:** Ryan, Nicole <nicole.ryan@sidley.com>
**Cc:** Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Blocker, Mark B. <mblocker@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Richards-Hatton, Abigail O. <arichardshatton@sidley.com>
**Subject:** RE: Agrawal v. Musk, 3:24-cv-01304-MMC

Nicole, yes, the proposal below also applies to the plan defendants.

**Chris Boran**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1146 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Natalie Medina | +1.312.324.1167 | natalie.medina@morganlewis.com
christopher.boran@morganlewis.com | www.morganlewis.com




**From:** Ryan, Nicole <nicole.ryan@sidley.com>

**Sent:** Tuesday, March 19, 2024 1:33 PM
**To:** Boran, Christopher <christopher.boran@morganlewis.com>
**Cc:** Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Blocker, Mark B. <mblocker@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Richards-Hatton, Abigail O. <arichardshatton@sidley.com>
**Subject:** RE: Agrawal v. Musk, 3:24-cv-01304-MMC

[EXTERNAL EMAIL]
Hi Chris,

We'll get back to you on your request, but would you first please confirm whether that includes the two ERISA plan defendants – see the attached email exchange with Missy.

Thanks,
Nicole

**NICOLE M. RYAN**
Counsel

**SIDLEY AUSTIN LLP**
+1 415 772 1250
nicole.ryan@sidley.com

---

**From:** Boran, Christopher <christopher.boran@morganlewis.com>
**Sent:** Tuesday, March 19, 2024 11:22 AM
**To:** Ryan, Nicole <nicole.ryan@sidley.com>
**Cc:** Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Blocker, Mark B. <mblocker@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Richards-Hatton, Abigail O. <arichardshatton@sidley.com>
**Subject:** Agrawal v. Musk, 3:24-cv-01304-MMC

Hi Nicole,
I'm working with Missy on the above matter.  She is in transit, but we wanted to get back to you on the outstanding service issue.  We

have authorization to accept waiver of service on behalf of the individual defendants, provided plaintiffs agree to an extension of the company's response deadline to align with that of the individuals (i.e., 60 days from waiver of service). If that is acceptable, please send the waiver materials and we will prepare an agreed motion to extend the company's deadline.

Thanks,
Chris

**Chris Boran**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1146 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Natalie Medina | +1.312.324.1167 |
natalie.medina@morganlewis.com
christopher.boran@morganlewis.com | www.morganlewis.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*