| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley (Bar No. 168181)<br>eric.meckley@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: +1.415.442.1000<br><br>Jeremy P. Blumenfeld (admitted *pro hac vice*)<br>jeremy.blumenfeld@morganlewis.com<br>Brian W. Sullivan (admitted *pro hac vice*)<br>brian.sullivan@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Tel: +1.215.963.5000<br><br>Attorneys for Defendants<br>ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA | MORGAN, LEWIS & BOCKIUS LLP<br>Christopher Boran (admitted *pro hac vice*)<br>christopher.boran@morganlewis.com<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1000<br><br>Abbey M. Glenn (Bar No. 267751)<br>abbey.glenn@morganlewis.com<br>1111 Pennsylvania Ave, NW<br>Washington, DC 20004-2541<br>Tel: +1.202.739.3000 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., F/K/A TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>Hon. Maxine M. Chesney<br><br>**DECLARATION OF ERIC MECKLEY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Action Filed: March 4, 2024 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF ERIC MECKLEY ISO
DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:24-cv-01304-MMC

# DECLARATION OF ERIC MECKLEY

I, Eric Meckley, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a Partner at the law firm of Morgan, Lewis & Bockius, counsel of record for Defendants Elon Musk, X Corp., Twitter, Inc., Change of Control an Involuntary Termination Protection Policy, Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde and Dhruv Batura (collectively "Defendants"). I make this declaration in support of Defendants' Administrative Motion to Seal. Unless otherwise stated, the following facts are based upon my personal knowledge and if called as a witness in this action I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 7-11(a), I declare that, as of the time of filing, counsel for Plaintiffs declined to stipulate as to the sealing of the proposed redactions and, therefore, the declaration is provided in lieu of the stipulation described in the Rule.

Executed in San Francisco, California on May 20, 2024.

      */s/ Eric Meckley*
      Eric Meckley