| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley (Bar No. 168181)<br>eric.meckley@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: +1.415.442.1000 | MORGAN, LEWIS & BOCKIUS LLP<br>Christopher Boran (admitted *pro hac vice*)<br>christopher.boran@morganlewis.com<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1000 |
| Jeremy P. Blumenfeld (admitted *pro hac vice*)<br>jeremy.blumenfeld@morganlewis.com<br>Brian W. Sullivan (admitted *pro hac vice*)<br>brian.sullivan@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Tel: +1.215.963.5000 | Abbey M. Glenn (Bar No. 267751)<br>abbey.glenn@morganlewis.com<br>1111 Pennsylvania Ave, NW<br>Washington, DC 20004-2541<br>Tel: +1.202.739.3000 |

*Attorneys for Defendants*
ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a/ TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case 4:24-cv-01304-MMC<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br><br>Complaint Filed:    March 4, 2024 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant X Corp., through its counsel, certifies that it is wholly owned by X Holdings Corp., a privately held corporation. No publicly held corporation owns 10% or more of X Corp.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2024

MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Eric Meckley*
Eric Meckley
Jeremy Blumenfeld (admitted *pro hac vice*)
Chris Boran (admitted *pro hac vice*)
Abbey Glenn
Brian Sullivan (admitted *pro hac vice*)

*Attorneys for Defendants*