| | |
|---|---|
| David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>Sarah E. Gallo (SBN 335544)<br>sgallo@sidley.com<br>Chaddy Georges (SBN 335546)<br>cgeorges@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200 | Mark B. Blocker (admitted pro hac vice)<br>mblocker@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000 |

*Attorneys for Plaintiffs Parag Agrawal,*
*Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>Assigned to: Honorable Maxine M. Chesney<br><br>**DECLARATION OF NICOLE M. RYAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COUNT V OF THE COMPLAINT**<br><br>Compl. Filed:    March 4, 2024<br>Mot. Filed:       May 20, 2024<br>Mot. Hearing:   July 19, 2024 |

I, Nicole M. Ryan, declare as follows:

1. I am an attorney at the law firm Sidley Austin LLP and counsel for Plaintiffs in this matter. I am licensed to practice law in the State of California and admitted to practice before this Court.

2. I submit this declaration pursuant to Civil L.R. 6-2(a) in support of the Stipulation and [Proposed] Order Modifying Briefing Schedule for Defendants' Motion to Dismiss Count V of the Complaint (the "Stipulation").

3. On March 4, 2024, Plaintiffs filed their Complaint against Defendants (Dkt. No. 1).

4. On May 20, 2024, Defendants filed a Motion to Dismiss Count V of the Complaint (Dkt. No. 46) (the "Motion").

5. Pursuant to Civil L.R. 7-3, Plaintiffs' deadline to file an opposition to the Motion is June 3, 2024, and Defendants' deadline to file a reply to Plaintiffs' opposition is June 10, 2024.

6. Counsel for the parties have conferred regarding modifying the current briefing schedule regarding the Motion. Pursuant to that discussion, to allow Plaintiffs sufficient time to file their opposition to the Motion and to allow Defendants sufficient time to reply thereto, the Parties have agreed to stipulate to extending the briefing schedule as follows:

- Plaintiffs shall file their opposition to the Motion by June 14, 2024; and
- Defendants shall file their reply to Plaintiffs' opposition by June 28, 2024.

7. No prior modifications of these deadlines have been made in this case.

8. The requested time modification will not affect the scheduling in this case, aside from establishing the proposed briefing schedule. The extension sought by the parties does not alter the date of any event or any deadline already fixed by Court order.

9. Defendants have noticed the Motion to be heard on July 19, 2024, and the extension sought by the parties would ensure that the Motion is fully briefed three weeks in advance of that hearing.

1

DECLARATION OF NICOLE M. RYAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COUNT V OF THE COMPLAINT – CASE NO. 3:24-CV-01304-MMC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 24, 2024.

By: */s/ Nicole M. Ryan*
Nicole M. Ryan