1  David L. Anderson (SBN 149604)  
   dlanderson@sidley.com  
2  Sheila A.G. Armbrust (SBN 265998)  
   sarmbrust@sidley.com  
3  Nicole M. Ryan (SBN 175980)  
   nicole.ryan@sidley.com  
4  Sarah E. Gallo (SBN 335544)  
   sgallo@sidley.com  
5  Chaddy Georges (SBN 335546)  
   cgeorges@sidley.com  
6  SIDLEY AUSTIN LLP  
   555 California Street, Suite 2000  
7  San Francisco, CA 94104  
   Tel: (415) 772-1200  

Mark B. Blocker (admitted pro hac vice)  
mblocker@sidley.com  
SIDLEY AUSTIN LLP  
One South Dearborn  
Chicago, IL 60603  
Tel: (312) 853-7000  

*Attorneys for Plaintiffs Parag Agrawal,*  
*Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>    Defendants. | Case No. 3:24-cv-01304-MMC<br><br>Assigned to: Honorable Maxine M. Chesney<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COUNT V OF THE COMPLAINT**<br><br>Compl. Filed:    March 4, 2024<br><br>Mot. Filed:    May 20, 2024<br><br>Mot. Hearing:    July 19, 2024 |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs, together with Defendants, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on March 4, 2024, Plaintiffs filed their Complaint against Defendants (Dkt. No. 1);

WHEREAS, on May 20, 2024, Defendants filed a Motion to Dismiss Count V of the Complaint (Dkt. No. 46) (the "Motion");

WHEREAS, pursuant to Civil L.R. 7-3, Plaintiffs' deadline to file an opposition to the Motion is June 3, 2024, and Defendants' deadline to file a reply to Plaintiffs' opposition is June 10, 2024;

WHEREAS, the Parties, through their respective counsel, have met and conferred and, to allow Plaintiffs sufficient time to prepare their opposition to the Motion and to allow Defendants sufficient time to reply thereto, agree that good cause exists to extend the due date for Plaintiffs' opposition to the Motion and for Defendants' reply to Plaintiffs' opposition;

WHEREAS, the extension sought by the parties does not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Defendants have noticed the Motion to be heard on July 19, 2024, and the extension sought by the parties would ensure that the Motion is fully briefed three weeks in advance of that hearing.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to approval by the Court, that:

1. Plaintiffs shall file their opposition to the Motion by June 14, 2024; and
2. Defendants shall file their reply to Plaintiff's opposition by June 28, 2024.

Dated: May 24, 2024         **SIDLEY AUSTIN LLP**

By */s/ Nicole M. Ryan*
   Nicole M. Ryan

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*

Dated: May 24, 2024         **MORGAN, LEWIS & BOCKIUS LLP**

By */s/ Eric Meckley*
   Eric Meckley

*Attorneys for Defendants Elon Musk, X Corp., Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura*

2

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COUNT V OF THE COMPLAINT – CASE NO. 3:24-CV-01304-MMC

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulation Modifying Briefing Schedule for Defendants' Motion to Dismiss Count V of the Complaint, the declaration submitted in support thereof, and finding good cause exists for the Request, it is hereby **ORDERED** that the Parties shall submit briefing regarding Defendants' Motion as follows:

1. Plaintiffs shall file their opposition to the Motion by June 14, 2024; and
2. Defendants shall file their reply to Plaintiff's opposition by June 28, 2024.

**IT IS SO ORDERED.**

Dated: May 24, 2024

_____
The Honorable Maxine M. Chesney
Senior United States District Judge

3
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COUNT V OF THE COMPLAINT – CASE NO. 3:24-CV-01304-MMC