IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>ELON MUSK, et al.,<br><br>            Defendants. | Case No.  24-cv-01304-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL [DOC. NO. 3]; DIRECTIONS TO PLAINTIFFS** |

Before the Court is plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Doc. No. 3], filed March 4, 2024, whereby plaintiffs seek leave to file portions of the Complaint under seal, on the ground that those portions contain information defendant X Corporation has claimed is confidential.  Defendants have filed a response, to which plaintiffs have replied.

Having read and considered the parties' respective written submissions, the Court hereby GRANTS in part and DENIES in part the Administrative Motion, as follows:

1.  To the extent the Administrative Motion seeks leave to file under seal the fourth sentence in paragraph 79 of the Complaint, and the second, third, and fourth sentences in paragraph 108 of the Complaint, the Administrative Motion is hereby GRANTED.

2.  In all other respects, the Administrative Motion is hereby DENIED, as the designating party has not asserted any other portions of the Complaint contain confidential material.

3.  Plaintiffs are hereby DIRECTED to file in the public record, no later than seven days from the date of this Order, a revised redacted version of the Complaint.

**IT IS SO ORDERED.**

Dated: May 31, 2024

MAXINE M. CHESNEY
United States District Judge