IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>  Defendants. | Case No. 24-cv-01304-MMC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL [DOC. NO. 40]** |

Before the Court is plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Doc. No. 40], filed April 3, 2024, whereby plaintiffs seek leave to file under seal portions of "Plaintiffs' Opposition to Defendants' Request to Seal Portions of the Complaint," on the ground that those portions contain information defendant X Corporation has claimed is confidential. Defendants have filed a response.

Having read and considered the parties' respective written submissions, the Court hereby GRANTS the Administrative Motion.

**IT IS SO ORDERED.**

Dated: May 31, 2024

MAXINE M. CHESNEY
United States District Judge