| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley (Bar No. 168181)<br>eric.meckley@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: +1.415.442.1000<br><br>Jeremy P. Blumenfeld (admitted *pro hac vice*)<br>jeremy.blumenfeld@morganlewis.com<br>Brian W. Sullivan (admitted *pro hac vice*)<br>brian.sullivan@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Tel: +1.215.963.5000 | MORGAN, LEWIS & BOCKIUS LLP<br>Christopher Boran (admitted *pro hac vice*)<br>christopher.boran@morganlewis.com<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1000<br><br>Abbey M. Glenn (Bar No. 267751)<br>abbey.glenn@morganlewis.com<br>1111 Pennsylvania Ave, NW<br>Washington, DC 20004-2541<br>Tel: +1.202.739.3000 |

Attorneys for Defendants
ELON MUSK; X CORP.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>  Plaintiffs,<br>  vs.<br><br>ELON MUSK; X CORP., F/K/A TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>  Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT A TO MOTION TO DISMISS COUNT V OF PLAINTIFFS' COMPLAINT**<br><br>Hon. Maxine M. Chesney<br><br>Action Filed:  March 4, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 147609151.1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO SEAL
CASE NO. 3:24-cv-01304-MMC

Upon consideration of Defendants' Administrative Motion to Seal, it is hereby ORDERED the Administrative Motion is GRANTED and the redactions reflected in Exhibit A to Defendants' Motion to Dismiss Count V of the Complaint (Dkt. 45-1) are sealed as follows:

| Docket No. | Redactions Sought to Be Sealed |
|---|---|
| Dkt. No. 46-1 | Page 30, portions of last paragraph |
| | Page 33, portions of 2nd and 4th bullet point |
| | Page 34, portions of 3rd bullet point and last two paragraphs |
| | Page 35, portions of 1st, 2nd, 3rd, and 6th paragraphs |
| | Page 36, portions of 4th paragraph |
| | Page 37, portions of 3rd paragraph |
| | Page 42, portions of 2nd, 3rd, 4th, and 5th paragraphs, and footnote 124 |
| | Page 43, portions of 1st, 2nd, and 3rd paragraphs |
| | Page 51, header line of chart identifying third-party entity |
| | Page 59, portions of lines 26-27 of chart |
| | Page 60, portions of line 4 of chart |
| | Page 61, portions of lines 2, 4-7, 13, 17 of chart |
| | Page 62, portions of section 4(i, j, l, and n), Section 6(c) |

IT IS SO ORDERED.

Dated: May 31, 2024

Hon. Maxine M. Chesney

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 147609151.1

- 2 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:24-cv-01304-MMC