# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 14, 2024  **Time:** 10:31 - 11:03  **Judge:** MAXINE M. CHESNEY
= 32 minutes

**Case No.:** 24-cv-01304-MMC  **Case Name:** Parag Agrawal et al v. Elon Musk et al

**Attorney for Plaintiff:** David Anderson and Sheila Armbrust
**Attorney for Defendant:** Eric Meckley, Abbey Glenn, Christopher Boran

**Deputy Clerk:** Tracy Geiger                **Zoom Recording**

## PROCEEDINGS

**Initial Case Management Conference - hearing held via Zoom.**

**Court orders stay of discovery in place until ruling on pending motion to dismiss.**

**Deadline for parties to submit Stipulation re: Briefing on Rule 52 Motion: June 26, 2024.**

**Case continued to: July 19, 2024 at 9:00 a.m. for Defendants' Motion to Dismiss Count V of Complaint**