IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELON MUSK, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-01304-MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS FOR JUDGMENT** |

Before the Court is the parties' "Stipulation Re: Briefing on Rule 52 Motions," filed June 26, 2024, whereby the parties agree as to the sequence of and time between briefs but disagree as to the date on which such briefing should begin.

Having fully considered the matter, the Court adopts the schedule proposed by defendants. Plaintiffs' proposed schedule, which sets forth a schedule under which the first of the four briefs would be filed eleven weeks later than the date proposed by defendants, is based on the possibility that several events will occur before the close of fact discovery. In the event such contingencies come to pass, however, plaintiffs, or the parties jointly, may seek leave to extend the dates set forth herein.

Accordingly:

1. The deadline for plaintiffs to file their Rule 52 motion for judgment is April 25, 2025.

2. The deadline for defendants to file their opposition/cross-motion is June 6, 2025.

3. The deadline for plaintiffs to file their reply/opposition is July 18, 2025.

4. The deadline for defendants to file their reply is August 8, 2025.

5.  The hearing date is September 12, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 2, 2024

MAXINE M. CHESNEY
United States District Judge

2