IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al., | Case No. 24-cv-01304-MMC |
| Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS COUNT V** |
| ELON MUSK, et al., | |
| Defendants. | |

Before the Court is defendants' Motion, filed May 20, 2024, "to Dismiss Count V of the Complaint," whereby defendants seek an order dismissing plaintiffs' claim brought pursuant to 29 U.S.C. § 1140.  Plaintiffs have filed opposition, to which defendants have replied.

Having read and considered the parties' respective submissions, the Court hereby CONTINUES the hearing from July 19, 2024, to August 30, 2024, at 9:00 a.m.  The Court finds such continuance is in the interests of judicial economy, as August 30, 2024, is the hearing date for a motion to dismiss, filed by defendants in Caldwell v. Musk, et al., Case No. 3:24-cv-02022 MMC, whereby defendants seek an order dismissing the § 1140 claim asserted by the plaintiff therein, and each issue presented in the motion filed by defendants in the above-titled case is also presented in the motion filed by defendants in the Caldwell case.

**IT IS SO ORDERED.**

Dated: July 11, 2024

MAXINE M. CHESNEY
United States District Judge