...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>      Defendants. | Case No. 24-cv-01304-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS COUNT V** |

    Before the Court is defendants' Motion, filed May 20, 2024, "to Dismiss Count V of the Complaint." Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 30, 2024.

    **IT IS SO ORDERED.**

Dated: August 23, 2024

                                          MAXINE M. CHESNEY<br>                                          United States District Judge