David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mark B. Blocker (Admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF PLAINTIFFS' MOTION TO OPEN DISCOVERY**<br><br>Hearing Date: November 15, 2024<br>Time: 9:00 AM<br>Location: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

I, Sheila A.G. Armbrust, declare as follows:

1. I am a partner at the law firm Sidley Austin LLP and counsel for Plaintiffs in this matter. I am licensed to practice law in the State of California and admitted to practice before this Court.

2. The facts stated in this declaration are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto.

3. I respectfully submit this declaration in support of Plaintiffs' Motion to Open Discovery.

4. From September 23, 2024 onward, counsel for Plaintiffs and counsel for Defendants exchanged emails regarding Plaintiffs' intention to file a motion seeking to proceed with discovery. Attached as **Exhibit A** to this declaration is a true and correct copy of all email correspondence between counsel for Plaintiffs and counsel for Defendants regarding Plaintiffs' motion, beginning on September 23, 2024.

5. On October 3, 2024, counsel for Defendants stated that Defendants oppose the relief requested in Plaintiffs' motion.

6. Attached as **Exhibit B** to this declaration is a true and correct copy of the article "Inside the shifting plan at Elon Musk's X to build a new team and police a platform 'so toxic it's almost unrecognizable'" by Kylie Robison, published by Yahoo! Finance on February 6, 2024. This article is available at https://finance.yahoo.com/news/inside-shifting-plan-elon-musk-230907908.html.

7. Attached as **Exhibit C** to this declaration is a true and correct copy of the article "Elon Musk's X Is Now Worth Around A Fifth Of The $44 Billion He Paid For It, Fidelity Says" by Ty Roush, published by Forbes on September 30, 2024. This article is available at https://www.forbes.com/sites/tylerroush/2024/09/30/elon-musks-x-is-now-worth-around-a-fifth-of-the-44-billion-he-paid-for-it-fidelity-says/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of October, 2024, in San Francisco, California.

By: /s/ Sheila A.G. Armbrust

Sheila A.G. Armbrust