**Exhibit C**

FORBES > BUSINESS

**BREAKING**

# Elon Musk's X Is Now Worth Around A Fifth Of The $44 Billion He Paid For It, Fidelity Says

**Ty Roush** Forbes Staff

*Ty Roush is a breaking news reporter based in New York City.*

Follow

2  Sep 30, 2024, 10:56am EDT

**TOPLINE** Elon Musk's X is worth a little more than one-fifth of the $44 billion he paid to acquire the social media platform formerly known as Twitter, according to Fidelity, the latest in a series of valuation cuts by Fidelity since Musk's takeover in 2022.



Fidelity has repeatedly cut the value of its stake in the social media firm since Musk's ... [+]  COPYRIGHT 2019 THE ASSOCIATED PRESS. ALL RIGHTS RESERVED.

**KEY FACTS**

- Fidelity's stake in X is now worth about $4.19 million, an estimate that values X at $9.4 billion, according to recent disclosures from Fidelity.

- Fidelity's initial $19.6 million holding from before Musk purchased X in October 2022 has been reduced by nearly 79% as of the end of August, the company said.

- The investment firm has reduced the value of its stake multiple times this year: Fidelity marked down the value of its shares by 10.2% in January and another 5.7% in February, despite increasing its estimates by 11% in December.

- X did not immediately respond to a request for comment from Forbes.

***Get Forbes Breaking News Text Alerts:*** *We're launching text message alerts so you'll always know the biggest stories shaping the day's headlines. Text "Alerts" to (201) 335-0739 or sign up here.*

### FORBES VALUATION

Musk is the wealthiest person in the world with a fortune valued at $269.8 billion, according to our latest estimates.

### BIG NUMBER

$24 billion. That's how much the eight largest investors in X have lost in combined value since Musk purchased the firm as of Sept. 1, according to the Washington Post.

### KEY BACKGROUND

Musk purchased what was then Twitter in October 2022 following a lengthy transaction process, which included the company suing Musk after he tried to back out of his $44 billion offer. The company's revenue dropped by 50% after his buyout because of a "massive decline" in advertising, according to Musk. While rebranding Twitter as X, Musk announced a series of changes

to the platform: A premium subscription service that grants users verification badges, the ability to edit posts and prioritized rankings in conversations and search. Those changes resulted in backlash from users, who claimed parody accounts could now trick users by paying for verification.

**TANGENT**

Musk is reportedly requiring employees at X to write one-page reports detailing their contributions to the company before accessing stock options. He previously told employees that stock could be cashed out regularly, similar to his employees at SpaceX, according to The Verge.

**Exclusive Invitation: Save up to 60% on a Forbes Membership**

| Email address | Get Offer |

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our Terms of Service (including resolving disputes on an individual basis via arbitration), and you acknowledge our Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.

**FURTHER READING**

**FORBES**

**Fidelity Values Twitter At Roughly $15 Billion—A Third Of The Sticker Price Paid By Musk**

By Antonio Pequeño IV

Follow me on Twitter. Send me a secure tip.

Ty Roush    Follow

Ty Roush is a New York City-based breaking news reporter who frequently covers Russia's invasion of Ukraine, the automotive industry and sports... **Read More**

Editorial Standards                                    Forbes Accolades

ADVERTISEMENT