David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mark B. Blocker (Admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO OPEN DISCOVERY** |

1  Upon consideration of Plaintiffs' Motion to Open Discovery, it is hereby ORDERED that the
2  motion is GRANTED. The motion seeks to open discovery as to Plaintiffs' Section 502(a)(1)(B)
3  claims (Counts I–IV of the Complaint), including during the pendency of Defendants' partial Motion
4  to Dismiss Count V (Dkt. 46).
5  Courts traditionally avoid blanket stays of discovery during the pendency of Rule 12
6  motions. *See, e.g.*, *In re Google Location History Litig.*, 514 F. Supp. 3d 1147, 1164 (N.D. Cal.
7  2021) (citing *Gray v. First Winthrop Corp.*, 133 F.R.D. 39, 40 (N.D. Cal. 1990)). In addition,
8  Plaintiffs' Section 502(a)(1)(B) claims are not at issue in Defendants' Motion to Dismiss Count V,
9  and thus the scope of discovery on the Section 502(a)(1)(B) will not be affected by the ruling on the
10 Motion to Dismiss. For these reasons and the others set forth in Plaintiffs' Motion, the Court finds it
11 appropriate to open discovery with regard to Plaintiffs' Section 502(a)(1)(B) claims.

13 IT IS SO ORDERED.

15 Dated: _____, 2024

16  The Honorable Maxine M. Chesney
    Senior United States District Judge