IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>    Defendants. | Case No. 24-cv-01304-MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO OPEN DISCOVERY** |

Before the Court is plaintiffs' Motion to Open Discovery, filed October 10, 2024. Defendants have filed opposition, to which plaintiffs have replied.

At the Initial Case Management Conference, conducted June 14, 2024, the Court stayed discovery pending resolution of defendants' motion to dismiss plaintiffs' Fifth Cause of Action. By order filed concurrently herewith, the Court has denied the motion to dismiss, and, consequently, the discovery stay is no longer in place.

Accordingly, plaintiffs' motion to open discovery is hereby DENIED as moot.[1]

**IT IS SO ORDERED.**

Dated: November 1, 2024

                                         MAXINE M. CHESNEY
                                         United States District Judge

---

[1] In light of said ruling, the hearing scheduled for November 15, 2024, is hereby VACATED.