MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY, LINDSAY CHAPMAN, BRIAN BJELDE and DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**[PROPOSED] ORDER**<br><br>Complaint Filed: March 4, 2024 |

[PROPOSED] ORDER 3:24-CV-01304-MMC

1  Upon consideration of Defendants' Administrative Consent Motion to Consider Whether
2  Cases Should be Related Under Civil Local Rules 3-12 and 7-11, it is hereby ORDERED that
3  Defendants' Motion is GRANTED, and orders that the case *Sarah Personette, et al. v. Elon Musk,*
4  *et al.*, Case No. 3:24-06266-JCS is related to the following cases: *Agrawal, et al. v. Musk, et al.*,
5  Case No. 3:24-cv-01304-MMC, *Kaiden v. Musk, et al.*, Case No. 3:24-cv-03554-MMC, and
6  *Caldwell v. Musk, et al.*, Case No. 3:24-cv-02022-MMC.

8  IT IS SO ORDERED.

10  DATED: _____

_____
Hon. Maxine M. Chesney

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Washington, D.C.

2     [PROPOSED] ORDER 3:24-CV-01304-MMC