MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTETION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; and DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-CV-01304-MMC<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: March 4, 2024 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

PROOF OF SERVICE 3:24-CV-01304-MMC

## PROOF OF SERVICE

I am a citizen of the United States and employed in Chicago County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 110 North Wacker Drive, Chicago, IL 60606-1511. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On November 15, 2024, I served the following documents:

1. **ADMINISTRATIVE CONSENT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11 (DKT. 78)**

2. **[PROPOSED] ORDER (DKT. 78-1).**

via U.S. Mail on the following parties:

Teresa S. Renaker
Kirsten G. Scott
Renaker Scott LLP
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
***Attorneys for Sarah Personette, James Sullivan, and Dalana Brand***

Wendy Stryker
Kristen Niven
Frankfurt Kurnit Klein + Selz PC
28 Liberty Street, 25th Floor
New York, NY 10005
***Attorneys for Sarah Personette, James Sullivan, and Dalana Brand***

Chaya M. Mandelbaum
Rudy Exelrod Zieff & Lowe LLP
351 California Street, Suite 700
San Francisco, CA 94104
***Attorneys for Robert Kaiden***

David A. Lowe
Rudy Exelrod Zieff & Lowe LLP
351 California Street, Suite 700
San Francisco, CA 94104
***Attorneys for Nicholas Caldwell***

District Judge Jacqueline Scott Corley
San Francisco Courthouse, Courtroom 8 – 19th Floor

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2   PROOF OF SERVICE 3:24-CV-01304-MMC

450 Golden Gate Avenue, San Francisco, CA 94102
*Sarah Personette, et al. v. Elon Musk, et al.*
*U.S. District Court, California Northern District*
*Case No. 3:24-cv-6266-JSC*

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on November 15, 2024, at Chicago, Illinois.

I declare under penalty of perjury under the laws of the State of Illinois and of the United States that the foregoing is true and correct.

*/s/ Christopher Boran*
Christopher Boran

Morgan, Lewis & Bockius LLP
Attorneys at Law
Washington, D.C.

3                    PROOF OF SERVICE 3:24-CV-01304-MMC