**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Consent Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12:

**C 24-01304 MMC**   Agrawal, et al. v. Musk, et al.
**C 24-06266 JSC**   Personette, et al. v. Musk, et al.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]   **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]   **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**:   November 22, 2024

MAXINE M. CHESNEY
United States District Judge