UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, ET AL , <br><br> Plaintiff(s), <br><br> v. <br><br> ELON MUSK, ET AL. , <br><br> Defendant(s). | Case No. 3:24-cv-01304-MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Caroline A. Wong , an active member in good standing of the bar of

Illinois , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Defendants Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett in the

above-entitled action. My local co-counsel in this case is Sheila A.G. Armbrust , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 265998 .

One South Dearborn
Chicago, IL  60603
MY ADDRESS OF RECORD

(312) 853-7000
MY TELEPHONE # OF RECORD

caroline.wong@sidley.com
MY EMAIL ADDRESS OF RECORD

555 California Street, Suite 2000
San Francisco, CA  94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 772-1200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sarmbrust@sidley.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6324863 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: December 19, 2024                          Caroline A. Wong
                                                       APPLICANT
5

6  ==========================================================================

7

8                        ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of  Caroline A. Wong          is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17      _____

18                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Caroline Anna Wong

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 4th day of November, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois