# Exhibit B

David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mark B. Blocker (Admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal,*
*Ned Segal, Vijaya Gadde, and Sean Edgett*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No.  3:24-cv-01304-MMC<br><br>**PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S FIRST SET OF INTERROGATORIES TO DEFENDANT X CORP.**<br><br>Judge: Hon. Maxine M. Chesney |

PROPOUNDING PARTY:     PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT

RESPONDING PARTY:      X CORP., f/k/a TWITTER, INC.

SET NO.:               ONE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett ("Plaintiffs") hereby request that Defendant X Corp., f/k/a Twitter, Inc. (interchangeably, "X Corp." or "Twitter") respond to the following Interrogatories within 30 days.

## DEFINITIONS

1.     "Complaint" refers to the Complaint for Severance Benefits, Equitable Relief, and Statutory Penalties (ERISA) filed on March 4, 2024 (Dkt. 1) in the above-captioned case.

2.     The "Committee" refers to the Twitter Severance Administration Committee for the 2017 Plan (see ¶ 12 below), Including Defendants Lindsay Chapman, Brian Bjelde, and Dhruv Batura.

3.     "Communications" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4.     "Concerning" means relating to, referring to, describing, evidencing or constituting.

5.     "Defendants" refer to Elon Musk; X Corp., f/k/a Twitter, Inc.; Lindsay Chapman; Brian Bjelde; and Dhruv Batura.

6.     "Documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

7.     "Identify" means, when referring to a Person, to give, to the extent known, the Person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a Person has been identified in accordance with this subparagraph, only the name of that Person need be listed in response to subsequent discovery requesting the identification of that Person. When referring to Documents,

2

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S FIRST SET OF INTERROGATORIES TO X CORP.; CASE NO. 3:24-CV-01304-MMC

"Identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

8.    "Including" means including, but not limited to.

9.    "Litigation" means the above-captioned case.

10.    "Person(s)" means any natural person or any legal entity, Including any business or governmental entity or association.

11.    The "2014 Plan" refers to the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, as amended and restated effective August 8, 2014.

12.    The "2017 Plan" refers to the Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy, as amended and restated, effective February 22, 2017.

13.    Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Complaint.

## **INSTRUCTIONS**

1.    Construe the present tense to include the past tense, and vice versa, as necessary to bring within the scope of these Interrogatories any information that might otherwise be construed to be outside their scope.

2.    Construe the singular to include the plural, and vice versa, as necessary to bring within the scope of these Interrogatories any information that might otherwise be construed to be outside their scope.

3.    Construe "and" and "or" disjunctively or conjunctively as necessary to bring within the scope of these Interrogatories any information that might otherwise be construed to be outside their scope.

4.    If you claim that an Interrogatory is in any way objectionable, respond to the portion of the Interrogatory believed to be unobjectionable and specifically identify that aspect of the Interrogatory that you claim to be objectionable and why.

5.    Pursuant to Fed. R. Civ. P. 26(e), these Interrogatories are continuing in nature and require you to furnish supplemental Documents whenever you obtain different or additional knowledge, information, or belief in relation to these Interrogatories.

3

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S FIRST SET OF
INTERROGATORIES TO X CORP.; CASE NO. 3:24-CV-01304-MMC

**RELEVANT TIME PERIOD**

Unless otherwise specified, the relevant time period for each Interrogatory is November 1, 2021 to February 28, 2024 (the "Relevant Time Period"), unless otherwise specifically indicated.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

IDENTIFY all steps taken by Defendants from October 27, 2022 up to and Including the date of your response to preserve Documents related to the facts and allegations described in the Complaint.

**INTERROGATORY NO. 2:**

IDENTIFY any and all individuals, Including consultants, advisors, or attorneys, who were involved in the decision to terminate any Plaintiff's employment from Twitter, Including those individuals' names, job titles, and roles in the decision-making process during the Relevant Time Period. For each individual named, IDENTIFY any personal or professional relationship to Elon Musk, Including any relationship to any company owned wholly or in part by Elon Musk. IDENTIFY for purposes of this Interrogatory means to provide the name of the individual, dates of the relationship with Elon Musk, and description of the relationship with Elon Musk.

**INTERROGATORY NO. 3:**

IDENTIFY any and all individuals, Including consultants, advisors, or attorneys, who were involved in the review and/or denial of any Plaintiff's claims for benefits under the 2014 Plan or 2017 Plan, Including those individuals' names, job titles, and roles in the review and/or denial of those claims for benefits during the Relevant Time Period. For each individual named, IDENTIFY any personal or professional relationship to Elon Musk, Including any relationship to any company owned wholly or in part by Elon Musk. IDENTIFY for purposes of this Interrogatory means to provide the name of the individual, dates of the relationship with Elon Musk, and description of the relationship with Elon Musk.

//

//

4

**INTERROGATORY NO. 4:**

IDENTIFY any and all individuals who were granted access to the headquarters of Twitter, received a Twitter or X Corp. email address, or received Twitter server credentials at any time between October 25, 2022 and December 31, 2022 who were concurrently employees of Tesla; X Corp.; The Boring Company; Excession, LLC; Neuralink Corp.; Space Exploration Technologies Corp. ("SpaceX"); X.AI Corp.; or any other company founded and/or operated by Elon Musk.

**INTERROGATORY NO. 5:**

IDENTIFY any and all individuals who served as fiduciaries to the 2014 Plan and/or 2017 Plan from January 1, 2022 up to and Including the date of your response.

**INTERROGATORY NO. 6:**

IDENTIFY any and all Persons who provided professional services to the 2014 Plan and/or 2017 Plan during the Relevant Time Period.

**INTERROGATORY NO. 7:**

IDENTIFY any individuals who were granted benefits under the 2014 Plan or the 2017 Plan during the Relevant Time Period.

**INTERROGATORY NO. 8:**

IDENTIFY any individuals who were denied benefits under the 2014 Plan or 2017 Plan from October 27, 2022 up to and Including the date of your response based on a purported "for cause" termination, the grounds for denial identified by the relevant plan administrator, and the conclusions of any committee relating to those individuals' claims for benefits.

**INTERROGATORY NO. 9:**

IDENTIFY the hours billed, number of timekeepers, and total costs billed for each month from April through October 2022, inclusive, for services rendered to Elon Musk and/or X Corp. by outside law firms, Including Skadden, Arps, Slate, Meagher & Flom and Quinn, Emanuel, Urquhart & Sullivan, related to the merger and acquisition of Twitter by X Corp.

//

//

//

5

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S FIRST SET OF
INTERROGATORIES TO X CORP.; CASE NO. 3:24-CV-01304-MMC

**INTERROGATORY NO. 10:**

IDENTIFY all litigation, arbitration, and/or other disputes to which any Defendant is a party Concerning any denials of benefits under the 2014 Plan and/or the 2017 Plan.

Date:  November 8, 2024                     SIDLEY AUSTIN LLP

                                            By: */s/ Sheila A.G. Armbrust*
                                            David L. Anderson
                                            Sheila A.G. Armbrust

                                            *Attorneys for Plaintiffs Parag Agrawal,*
                                            *Ned Segal, Vijaya Gadde, and Sean Edgett*

6

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S FIRST SET OF
INTERROGATORIES TO X CORP.; CASE NO. 3:24-CV-01304-MMC

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on November 8, 2024, I caused true and correct copies of the foregoing

3   PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S

4   FIRST INTERROGATORIES TO X CORP. to be served by U.S. Mail and E-Mail upon:

5

6   **ERIC MECKLEY**                          **ABBEY M. GLENN**
    MORGAN, LEWIS & BOCKIUS LLP              MORGAN, LEWIS & BOCKIUS LLP
7   One Market, Spear Street Tower           1111 Pennsylvania Avenue, NW
    San Francisco, CA 94105-1596             Washington, DC 20004-2541
8   Tel: +1.415.442.1000                     Tel: +1.202.739.3000
    Fax: +1.415.442.1001                     abbey.glenn@morganlewis.com
9   eric.meckley@morganlewis.com

10  **BRIAN W. SULLIVAN**                     **CHRISTOPHER J. BORAN**
    **JEREMY P. BLUMENFELD**                  MORGAN, LEWIS, & BOCKIUS LLP
11  MORGAN, LEWIS & BOCKIUS LLP              110 N. Wacker Drive
    2222 Market Street                       Chicago, IL 60606
12  Philadelphia, PA 19103-3008              Tel: +1.312.324.1000
    Tel: +1.215.963.5000                     Christopher.boran@morganlewis.com
13  Brian.sullivan@morganlewis.com
    Jeremy.blumenfeld@morganlewis.com

14

15                                            /s/ *Caroline A. Wong*

16                                            Caroline A. Wong

17

18

19

20

21

22

23

24

25

26

27

28

7

PLAINTIFFS PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, AND SEAN EDGETT'S FIRST SET OF
INTERROGATORIES TO X CORP.; CASE NO. 3:24-cv-01304-MMC