UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PARAG AGRAWAL, et al., | Case No. 24-cv-01304-MMC(LB) |
| Plaintiffs, | |
| v. | Re: ECF No. 89 |
| ELON MUSK, et al., | |
| Defendants. | |

The plaintiff filed a motion to compel discovery. The district judge referred it to the undersigned and directed that the parties file a letter brief.[1] This is the same procedure described in the undersigned's standing order (attached). In favor of the letter brief process, the court terminates the motion without prejudice. The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After

---

[1] Order of Reference, ECF No. 91. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 24-cv-01304-MMC

reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: February 28, 2025

_____
LAUREL BEELER
United States Magistrate Judge