1    MORGAN, LEWIS & BOCKIUS LLP            MORGAN, LEWIS & BOCKIUS LLP
     Eric Meckley (Bar No. 168181)          Christopher J. Boran (admitted *pro hac vice*)
2    eric.meckley@morganlewis.com           christopher.boran@morganlewis.com
     Dylan Rudolph (Bar No. 278707)         110 North Wacker Drive, Suite 2800
3    dylan.rudolph@morganlewis.com          Chicago, IL 60606-1511
     One Market, Spear Street Tower         Tel: +1.312.324.1000
4    San Francisco, CA  94105-1126
     Tel: +1.415.442.1000                   Abbey M. Glenn (Bar No. 267751)
5                                           abbey.glenn@morganlewis.com
     Jeremy P. Blumenfeld (admitted *pro hac vice*)   1111 Pennsylvania Ave, NW
6    jeremy.blumenfeld@morganlewis.com      Washington, DC 20004-2541
     Brian W. Sullivan (admitted *pro hac vice*)   Tel: +1.202.739.3000
7    brian.sullivan@morganlewis.com
     2222 Market Street
8    Philadelphia, PA 19103-3007
     Tel: +1.215.963.5000
9
     *Attorneys for Defendants*
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14   PARAG AGRAWAL, NED SEGAL, VIJAYA          Case No. 3:24-cv-01304-MMC
     GADDE, and SEAN EDGETT,
15
            Plaintiffs,
16
                                              **STIPULATION AND [PROPOSED]
17      vs.                                   ORDER SELECTING ADR PROCESS**

18   ELON MUSK; X CORP., F/K/A TWITTER,
     INC.; TWITTER, INC. CHANGE OF
19   CONTROL AND INVOLUNTARY
     TERMINATION PROTECTION POLICY;
20   TWITTER, INC. CHANGE OF CONTROL
     SEVERANCE AND INVOLUNTARY
21   TERMINATION PROTECTION POLICY;
     LINDSAY CHAPMAN; BRIAN BJELDE;
22   AND DHRUV BATURA,

23          Defendants.

24

25

26

27

28

1    Counsel for the parties have met and conferred regarding ADR and have reached a

2  stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties hereby agree to participate

3  in a settlement conference with a Magistrate Judge of this Court by July 25, 2025. Pursuant to ADR

4  L.R. 7-2(b), the parties further agree that, by May 9, 2025, they will jointly request referral to a

5  mutually-agreeable Magistrate Judge.

6        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7

8   Dated: March 21, 2025                MORGAN, LEWIS & BOCKIUS LLP

9                                        By  /s/ Abbey M. Glenn
                                            Eric Meckley
10                                           Jeremy Blumenfeld (*pro hac vice*)
                                            Christopher Boran (*pro hac vice*)
11                                           Abbey Glenn
                                            Brian Sullivan (*pro hac vice*)
12                                           Dylan Rudolph

13                                       *Attorneys for Defendants*

14

15  Dated: March 21, 2025                SIDLEY AUSTIN LLP

16                                       By  /s/ Sheila A.G. Armbrust
                                            David L. Anderson
17                                           Sheila A.G. Armbrust
                                            Nicole M. Ryan
18                                           Sarah E. Gallo
                                            Chaddy Georges
19                                           Caroline A. Wong (*pro hac vice*)

20                                       *Attorneys for Plaintiffs*

21

22        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  DATE:                                _____

25                                       Hon. Maxine M. Chesney
                                        Senior United States District Judge
26

27

28

1

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

2          I, Abbey M. Glenn, am the ECF user whose ID and password are being used to file this

3    STIPULATION AND [PROPOSED] ORDER RE: ADR. In compliance with Civil Local Rule 5-

4    1(h)(3), I hereby attest that counsel for all parties have concurred in this filing.

5

6    Dated: March 21, 2025                    /s/ *Abbey M. Glenn*

7                                              Abbey M. Glenn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: ADR
                                   CASE NO. 3:24-cv-01304-MMC