MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
Dylan Rudolph (Bar No. 278707)
dylan.rudolph@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., F/K/A TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel for the parties have met and conferred regarding ADR and have reached a stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties hereby agree to participate in a settlement conference with a Magistrate Judge of this Court by July 25, 2025. Pursuant to ADR L.R. 7-2(b), the parties further agree that, by May 9, 2025, they will jointly request referral to a mutually-agreeable Magistrate Judge.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 21, 2025

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Abbey M. Glenn
Eric Meckley
Jeremy Blumenfeld (*pro hac vice*)
Christopher Boran (*pro hac vice*)
Abbey Glenn
Brian Sullivan (*pro hac vice*)
Dylan Rudolph

*Attorneys for Defendants*

Dated: March 21, 2025

SIDLEY AUSTIN LLP

By  /s/ Sheila A.G. Armbrust
David L. Anderson
Sheila A.G. Armbrust
Nicole M. Ryan
Sarah E. Gallo
Chaddy Georges
Caroline A. Wong (*pro hac vice*)

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: March 24, 2025

Hon. Maxine M. Chesney
Senior United States District Judge