# Exhibit A

**Exhibit A**

| **Defendants' Proposed Terms (Proposed 4/23/25)** | **Plaintiffs' Proposed Terms (Proposed 4/14/25)** |
|---|---|
| 1. 200 million | 1. 200 million |
| 2. 2014 w/1 Plan | 2. 2014 w/1 Plan |
| 3. 2017 w/1 Plan | 3. 2017 w/1 Plan |
| 4. Agrawal* OR @parag* | 4. Alex* |
| 5. Batura* | 5. Agrawal* OR @parag* |
| 6. Bjelde* | 6. appoint* |
| 7. Bots | 7. Batura* |
| 8. Change in Control | 8. benefit* |
| 9. Chapman* | 9. Birchall* |
| 10. claim /3 benefit | 10. Bjelde* |
| 11. cookie jar | 11. blockhead* |
| 12. corp* w/5 waste | 12. Bret* |
| 13. DAU | 13. censor* |
| 14. Dhruv* | 14. Change in Control |
| 15. Edgett* OR @sedgett* | 15. Chapman* |
| 16. fake* /5 account* | 16. clean* w/5 house |
| 17. "for cause" | 17. COBRA |
| 18. Gadde* | 18. committee* |
| 19. good reason | 19. compensat* |
| 20. (Legal OR lawyer* OR attorney*) w/5 fee* /10 Twitter | 20. cookie jar |
| 21. Lindsay* | 21. corp* w/5 waste |
| 22. MAU | 22. cut w/5 off |
| 23. mDAU | 23. dead bod* |
| 24. Mudge | 24. deny* |
| 25. (Officer* OR exec*) w/30 (PSU OR RSU) | 25. denie* |
| 26. (Officer* OR exec*) w/30 resign* | 26. Dhruv* |
| 27. (Officer* OR exec*) w/30 fir* | 27. Dorsey* |
| 28. (Officer* OR exec*) w/30 severance | 28. dragon* |
| 29. (Officer* OR exec*) w/30 terminat* | 29. drastic w/5 cut* |
| 30. (Officer* OR exec*) w/30 vest* | 30. Edgett* OR @sean* OR @sedgett* |
| 31. pagrawal* | 31. Egon* |
| 32. Parag* | 32. @Elonjet OR Elonjet OR (Elon w/5 jet) |
| 33. Plan* w/5 admin* | 33. (exec* OR officer* OR Tw*) w/50 (deny* OR denied OR email* OR access OR PSU OR RSU OR retention OR bonus OR stock* OR option* OR vest* OR appeal* OR benefit* OR cause OR claim* OR cut* OR fir* OR layoff* OR perform* OR resign* OR retaliat* OR severance OR terminat*) |
| 34. Plan* w/5 Committee* | 34. email w/5 access |
| 35. Sedgett* | 35. ERISA |
| 36. Segal* OR @nsegal* | 36. fake* /5 account* |
| 37. "Severance Committee" | 37. fire* OR firing |
| 38. Spam | 38. for cause |
| 39. success fee* | 39. fork w/5 road |
| 40. Tundra | 40. Gadde* |
| 41. Vgadde* | 41. get* w/5 rid |
| 42. Vijaya* OR @vijaya* | 42. golden |
| 43. Whistleblower | 43. good reason |
| 44. WLRK OR Wachtell* | 44. hardcore OR (hard w/5 core) |
| 45. Zatko | 45. idiot* |
|  | 46. Isaacson* |
|  | 47. Jack* |
|  | 48. Jared* |
|  | 49. Jehn* |
|  | 50. layoff OR (lay w/5 off) |
|  | 51. lazy |
|  | 52. Lindsay* |
|  | 53. Martha* |
|  | 54. Ned* |
|  | 55. nedsegal* |
|  | 56. nsegal* |
|  | 57. officer* |
|  | 58. pagrawal* |
|  | 59. parachut* |
|  | 60. Parag* |
|  | 61. Patrick* |
|  | 62. pay w/5 out* |
|  | 63. Pichette* |
|  | 64. Plan* w/5 admin* |
|  | 65. Plan* w/5 Committee* |
|  | 66. PSU* |
|  | 67. reduc* |
|  | 68. resign* |
|  | 69. retaliat* |
|  | 70. retention OR retain* |
|  | 71. RIF OR (reduc* w/5 force) |
|  | 72. Ringler* |
|  | 73. RSU* |
|  | 74. Sean* |
|  | 75. Sedgett* |
|  | 76. Segal* OR @ned* OR @nsegal* |
|  | 77. settl* |
|  | 78. severance* |
|  | 79. Spiro* |
|  | 80. success fee* |
|  | 81. sweetheart |
|  | 82. Taylor* |
|  | 83. terminat* |
|  | 84. threat* |
|  | 85. tundra |
|  | 86. Tweep* |
|  | 87. tweet* |
|  | 88. Twitter[1] |
|  | 89. (Twitter* OR Legal OR lawyer* OR attorney*) w/5 fee* |
|  | 90. Vgadde* |
|  | 91. Vijaya* OR @vijaya* |
|  | 92. Walter* |
|  | 93. war w/5 room |
|  | 94. WLRK OR Wachtell* |
|  | 95. whistleblow* |
|  | 96. work* w/5 together |
|  | 97. (world war) OR (wwi*) OR (ww w/2 i*) |
|  | 98. WSGR OR Wilson |
|  | 99. WW3 OR (WW /2 3) |
|  | 100. Yon* OR Ramon* |

---

[1] This term is only 1/31/22–10/27/22.