# Exhibit C

## Wong, Caroline A.

| | |
|---|---|
| **From:** | Glenn, Abbey M. <abbey.glenn@morganlewis.com> |
| **Sent:** | Friday, April 18, 2025 4:49 PM |
| **To:** | Wong, Caroline A. |
| **Cc:** | Block, Samuel D.; Boran, Christopher; Rudolph, Dylan; Blumenfeld, Jeremy P.; Meckley, Eric; Sullivan, Brian W.; Carney, Mitchell; Anderson, David; Armbrust, Sheila; Ryan, Nicole; Georges, Chaddy; Trombetta, Lauren F. |
| **Subject:** | Agrawal v. Musk- ESI Sources |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Caroline,

On January 28, January 31, February 4, February 11, March 28, and April 4, Defendants provided information about the sources of potentially relevant and responsive ESI. You continue to wrongly assert that we have not provided this information. However, to close the loop on any outstanding sources or topics, and although we are reiterating information we have already provided to you, for purposes of confirmation, the below are sources in Defendants' possession, custody or control that may contain relevant information and that Defendants are searching for documents responsive to Plaintiffs' request for production (subject to Defendants' objections and the parties' subsequent agreement as to the scope of certain requests):

We are searching for responsive documents in the X.com/Twitter.com email accounts and Slack messages of the following custodians:

1. Dhruv Batura
2. Brian Bjelde
3. Lindsay Chapman
4. Elon Musk
5. Parag Agrawal
6. Sean Edgett
7. Vijaya Gadde
8. Ned Segal

We will search Mr. Musk's iMessage and SMS/MMS text messages on his cellphone. Whether there are any responsive text messages is subject to confirmation after conducting this search. As we have said before, there is no potentially relevant ESI on Mr. Musk's phone other than iMessage and SMS/MMS text messages. Nor are we aware of Mr. Musk generating any other relevant ESI on his cellphone, as we stated in our March 28 email to you.

We do not believe any other source may contain relevant ESI. Ms. Chapman, Mr. Batura, and Mr. Bjelde did not generate or save any relevant ESI to a mobile device, laptop, tablet, or hard drive. We confirmed that Ms. Chapman, Mr. Batura, and Mr. Bjelde did not communicate with Mr. Musk regarding Plaintiffs, Plaintiffs' claims for severance benefits, or anything concerning the Twitter Severance Administration Committee, and they do not have any responsive text messages on their personal cellphones. None of the individual defendants generated or saved any relevant ESI to X Corp.'s G-Drive. And, as we explained before, Plaintiffs' company laptops were collected after their terminations; however, due to technical issues, including but not limited to missing unlock codes, those laptops are inaccessible.