# Exhibit F

**Glenn, Abbey M.**

| | |
|---|---|
| **From:** | Glenn, Abbey M. |
| **Sent:** | Friday, April 11, 2025 2:48 PM |
| **To:** | 'Wong, Caroline A.' |
| **Cc:** | Rudolph, Dylan; Boran, Christopher; Blumenfeld, Jeremy P.; Meckley, Eric; Sullivan, Brian W.; Carney, Mitchell; Block, Samuel D.; Anderson, David; Armbrust, Sheila; Ryan, Nicole; Georges, Chaddy; Trombetta, Lauren F. |
| **Subject:** | RE: Agrawal v. Musk - joint letter brief |

Caroline,

While you are correct that Cellebrite is not a new tool, it has been upgraded, and in combination with other software being licensed, it will be possible to perform Boolean and proximity-limiter searches. Those kinds of searches were not possible before. As explained, we learned this new information on April 3 and shared all we knew during our April 4 conference. Because we did not have all the details yet, we suggested during the April 4 conference that we reconvene once we had more information. Sheila agreed during the conference that we could do so on Monday, April 7. But then, several hours later on April 4, you sent an email declaring impasse and stating that Plaintiffs would instead proceed with letter briefing. Even so, we provided more information as we learned it over the weekend. *See* A. Glenn Email (April 6, 2025).

Your email seems to insinuate that it was possible to run Boolean searches all along. That is not the case, as summarized above and in our April 4 conference and subsequent correspondence. Nor is it accurate to suggest that you only learned of the possibility to do Boolean searches through the letter briefing process.

If your point is that you want to drop the letter briefing and negotiate Boolean searches, fair enough. We are willing to do that, as our portion of the letter brief explains—and as we suggested on April 4. Please advise as to how Plaintiffs would like to proceed.

Regards,

**Abbey M. Glenn**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5569 | Main: +1.202.739.3000 | Mobile: +1.202.420.0005 | Fax: +1.202.739.3001
abbey.glenn@morganlewis.com | www.morganlewis.com



**From:** Wong, Caroline A. <caroline.wong@sidley.com>
**Sent:** Thursday, April 10, 2025 10:32 PM
**To:** Glenn, Abbey M. <abbey.glenn@morganlewis.com>
**Cc:** Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Boran, Christopher <christopher.boran@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Block, Samuel D. <samuel.block@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>;

Trombetta, Lauren F. <ltrombetta@sidley.com>
**Subject:** RE: Agrawal v. Musk - joint letter brief

[EXTERNAL EMAIL]
Abbey,

If by this letter brief Defendants are offering to make a forensic collection of Mr. Musk's cellphone and to search that collection using Boolean search terms, then we ask that you provide such Boolean search terms by tomorrow, April 11.

It is disappointing that it took this letter briefing process for you to come to the conclusion that, in fact, you can take a forensic image of Mr. Musk's cellphone and collect and search his phone using Cellebrite, including by use of Boolean and proximity searches. We are not sure what has changed with respect to your prior position that Mr. Musk's cellphone could only be searched manually. You attribute this change to a "technological upgrade" to the Cellebrite software. But Cellebrite is not a new tool and has been available to Defendants since discovery began. It appears that what has actually changed is your *method* of searching Mr. Musk's cellphone, not the technology available to you.

Best,
Caroline


**CAROLINE A. WONG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7146
caroline.wong@sidley.com
Pronouns: she/her/hers

---

> **From:** Glenn, Abbey M. <abbey.glenn@morganlewis.com>
> **Sent:** Thursday, April 10, 2025 12:35 PM
> **To:** Wong, Caroline A. <caroline.wong@sidley.com>
> **Cc:** Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Boran, Christopher <christopher.boran@morganlewis.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Trombetta, Lauren F. <ltrombetta@sidley.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Block, Samuel D. <samuel.block@morganlewis.com>
> **Subject:** RE: Agrawal v. Musk - joint letter brief
>
> Caroline,
>
> Attached is the draft letter brief with Defendants' insert. We have made edits to the prefatory paragraph and propose revisions to two exhibits per our comments.
>
> Regards,
>
> **Abbey M. Glenn**
> Pronouns: She/Her/Hers
> **Morgan, Lewis & Bockius LLP**
> 1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
> Direct: +1.202.739.5569 | Main: +1.202.739.3000 | Mobile: +1.202.420.0005 | Fax: +1.202.739.3001
> abbey.glenn@morganlewis.com | www.morganlewis.com