# Exhibit A

Caroline A. Wong
March 14, 2025
Page 7

**Appendix A: Proposed Search Terms**

- Elon
- Musk
- Fired
- Terminat*
- Wachtel*
- WLRK
- Savitt
- Simpson
- STB
- Kobre
- Spiro
- Skadden
- Quinn OR QE
- For w/3 cause
- Whistleblower
- Severance
- "Change of control"
- Good w/3 Reason
- "2014 Plan"
- "2017 Plan"
- success w/10 fee*
- project w/10 fee*
- Legal w/10 fee*
- Expens*
- Tundra
- Peiter OR Mudge OR Zatko
- Settlement
- Bonus
- Retention
- Award
- DAU

Caroline A. Wong
March 14, 2025
Page 8

- mDAU
- Bots
- Spam
- Spambots
- Fake w/5 account*
- "O My Freaking God"
- Tasher
- Foster
- Jet
- Plane
- Leslie
- Berland
- Colangelo
- Compensation
- Transactions
- Committee
- "PSU clarification"
- Board