# Exhibit B

**Plaintiffs' Proposed Search Terms**

- Elon
- Musk
- ~~Fired~~
- ~~Terminat*~~
- Wachtel*
- WLRK
- Savitt
- Simpson
- STB
- Kobre
- ~~Spiro~~
- ~~Skadden~~
- ~~Quinn OR QE~~
- ~~For w/3 cause~~
- Whistleblower
- Severance
- "Change of control"
- ~~Good w/3 Reason~~
- "2014 Plan"
- "2017 Plan"
- success w/10 fee*
- project w/10 fee*
- Legal w/10 fee*
- Expens* w/10 legal
- Tundra
- Peiter OR Mudge OR Zatko
- ~~Settlement~~
- Bonus
- Retention
- ~~Award~~
- DAU

- mDAU
- Bots
- Spam
- Spambots
- Fake w/5 account*
- "O My Freaking God"
- ~~Tasher~~
- ~~Foster~~
- ~~Jet~~
- ~~Plane~~
- ~~Leslie~~
- ~~Berland~~
- ~~Colangelo~~
- Compensation w/5 Committee
- Transactions w/5 Committee
- ~~Committee~~
- ~~"PSU clarification"~~
- Board w/5 Twitter