# Exhibit A

# Exhibit A
### Plaintiffs' 5/9/25 Proposed Search Terms for Twitter/X Corp. Email and Slack Data

**Search Terms to Apply to Plaintiff Agrawal's, Segal's, Gadde's, and Edgett's Twitter Email and Slack Data:**

1. (Simpson OR STB OR Wachtell OR WLRK OR Wilson OR WSGR OR Kobre) W/~~1~~5 (pay* OR agree* OR retain* OR engage*)
2. (Simpson OR STB OR Wachtell OR WLRK OR Wilson OR WSGR OR Kobre) W/15 ~~AND~~ ((Bret* w/2 Taylor) OR (Martha w/2 Fox) OR (Pat* w/2 Pichette) OR (Egon w/2 Durban))
3. (Simpson OR STB OR Wachtell OR WLRK OR Wilson OR WSGR OR Kobre) W/15 ~~AND~~ (TC OR (Trans* w/2 Com*) OR Board*)
4. ~~(Sean* OR Edgett* OR Sedgett* OR @sean* OR @sedgett*) AND (Wilson OR WSGR OR Korman)~~

**Search Terms to Apply to Defendant Chapman's, Bjelde's, Batura's, and Musk's X Corp. Email and Slack Data:**

1. "@Elonjet" OR Elonjet OR (Elon w/5 jet)
2. 2014 w/1 Plan
3. 2017 w/1 Plan
4. Antonio OR Gracias
5. Ari OR Emanuel
6. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ appeal*
7. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ cause
8. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ fire*
9. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ (deny* OR denied)
10. ((CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ (email* OR access)) AND (remov* OR cut* OR terminat* OR sever OR shut* OR disconnect OR eliminate* OR "take away" OR withdraw) ~~(email* OR access)~~
11. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ (PSU OR RSU)
12. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ (retention OR bonus)
13. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ (stock* OR option* OR vest*)
14. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ benefit*
15. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ claim*
16. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ cut*
17. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/250 layoff*
18. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ perform*
19. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ resign*
20. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ retaliat*
21. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ severance
22. (CEO OR CLO OR CFO OR GC OR (Chief w/2 Executive) OR (Chief w/2 Financial) OR (Chief w/2 Legal) OR (General w/2 Counsel)) w/25~~0~~ terminat*

23. "CIC" OR "Change in Control"
24. COBRA
25. (Corp OR corporate)* w/2 waste)
26. ERISA
27. (ERM OR Musk OR Elon) AND (200 mill*)
28. (ERM OR Musk OR Elon) AND (blockhead*)
29. (ERM OR Musk OR Elon) AND (Brian OR Bjelde)
30. (ERM OR Musk OR Elon) AND (censor*)
31. (ERM OR Musk OR Elon) AND (clean w/15 house)
32. (ERM OR Musk OR Elon) AND (cookie w/15 jar)
33. (ERM OR Musk OR Elon) AND (dead w/15 body)
34. (ERM OR Musk OR Elon) AND (Dhruv OR Batura)
35. (ERM OR Musk OR Elon) AND (dragon)
36. (ERM OR Musk OR Elon) AND (drastic w/15 cut*)
37. (ERM OR Musk OR Elon) AND (fork w/5 road))
38. (ERM OR Musk OR Elon) AND (hardcore OR (hard w/2 core))
39. (ERM OR Musk OR Elon) AND (Hunt w/15 die)
40. (ERM OR Musk OR Elon) AND (idiot*)
41. (ERM OR Musk OR Elon) w/50 AND (lazy)
42. (ERM OR Musk OR Elon) AND (Lindsay OR Chapman)
43. (ERM OR Musk OR Elon) AND (mass w/15 fir* )
44. (ERM OR Musk OR Elon) AND (RIF)
45. (ERM OR Musk OR Elon) AND (staff w/15 reduction)
46. (ERM OR Musk OR Elon) AND w/50 (suit OR lawsuit OR sued OR suing OR sue*)
47. (ERM OR Musk OR Elon) AN w/50 D (threat*)
48. (ERM OR Musk OR Elon) AND (WW3 OR War)
49. expert* w/5 (appeal* OR claim OR ERISA)
50. Good w/15 Reason
51. Isaacson OR Walter
52. Jack OR Dorsey
53. Jared OR Birchall
54. Jehn OR Balajadia
55. Jon* w/15 Foster
56. (Ned* OR Segal* OR Nsegal* OR nedsegal* OR @ned* OR @nsegal*)
57. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 (deny* OR denied)
58. ((Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 (email* OR access)) w/25 (remov* OR cut* OR terminat* OR sever OR shut* OR disconnect OR eliminate* OR "take away" OR withdraw)
59. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 (PSU OR RSU)
60. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 (retention OR bonus)
61. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 (stock* OR option* OR vest*)
62. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 appeal*
63. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 benefit*
64. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 cause
65. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 claim*
66. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 cut*
67. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 fire*
68. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 layoff*
69. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 perform*
70. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 resign*
71. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 retaliat*
72. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/25 0 severance
73. (Officer* OR exec* OR Twit* OR Tweep* OR tweet*) w/15 0 terminat*
74. parachute
75. (Parag* OR Agrawal* OR Pagrawal* OR @parag*)
76. Quinn
77. Ringler
78. (Sean* OR Edgett* OR Sedgett* OR @sean* OR @sedgett*)
79. (Severance w/15 (Com* OR Admin*))
80. Skadden
81. Spiro
82. sweetheart w/15 deal
83. Tasher
84. tundra
85. (Twit* OR Tweep* OR tweet*)
86. 85.    (Vijaya* OR Gadde* OR Vgadde* OR @vijaya*)
87. 86.    Yon* OR Ramon