# Exhibit B

## Glenn, Abbey M.

| | |
|---|---|
| **From:** | Glenn, Abbey M. |
| **Sent:** | Wednesday, May 14, 2025 5:48 PM |
| **To:** | 'Wong, Caroline A.' |
| **Cc:** | Boran, Christopher; Rudolph, Dylan; Blumenfeld, Jeremy P.; Block, Samuel D.; Meckley, Eric; Sullivan, Brian W.; Carney, Mitchell; 'Anderson, David'; 'Armbrust, Sheila'; 'Ryan, Nicole'; 'Georges, Chaddy'; 'Trombetta, Lauren F.' |
| **Subject:** | RE: Agrawal v. Musk letter brief - X Corp./Twitter email and Slack search terms |
| **Attachments:** | Musk Email and Slack.xlsx; Non-Musk Custodians.xlsx |

Caroline,

Attached are the hit reports for the search terms Plaintiffs proposed on May 9, grouped by custodians, as Plaintiffs have requested. The hit reports show that applying these terms to X Corp. email and Slack data for the agreed-upon ESI custodians results in 56,449 hits (87,927 including families).

Although there is some limited overlap between the hits resulting from Plaintiffs' May 9 terms and the over 70,000 documents we've already reviewed, we have determined there is a difference of more than 34,000 documents (57,000 including families).  In other words, applying Plaintiffs' May 9 search terms would require Defendants to review an additional 57,000 documents.  This would mean a total review of 127,000 documents—about *fourteen* times the number of documents Plaintiffs have offered to review with respect to their own ESI—before accounting for other ESI documents Defendants are collecting for review (including, for example, Mr. Musk's text messages).

As a compromise, Defendants are willing to propose the following.  We will agree to apply the below additional search terms that Plaintiffs proposed in their May 9 revised search term list subject to the following conditions:  (1) Plaintiffs will agree that this fulfills Defendants' obligation to review the agreed-upon ESI custodians' X Corp. email and Slack data; and (2) as to search terms 1 through 3 below, Plaintiffs agree to apply those same three search terms to Plaintiffs' ESI, which is a topic that is subject to further discussion and negotiation.  Plaintiffs have thus far rejected applying terms 1 and 2 below to their own ESI, even while asking Defendants to apply those same terms to Defendants' ESI.

1. Good W/5 Reason
2. "CIC" or "Change in Control"
3. ERISA
4. (CEO OR CLO OR CFO OR GC OR (Chief W/2 Executive) OR (Chief W/2 Financial) OR (Chief W/2 Legal) OR (General W/2 Counsel)) W/25 terminat*
5. (CEO OR CLO OR CFO OR GC OR (Chief W/2 Executive) OR (Chief W/2 Financial) OR (Chief W/2 Legal) OR (General W/2 Counsel)) W/25 fire*
6. (CEO OR CLO OR CFO OR GC OR (Chief W/2 Executive) OR (Chief W/2 Financial) OR (Chief W/2 Legal) OR (General W/2 Counsel)) W/25 severance
7. (CEO OR CLO OR CFO OR GC OR (Chief W/2 Executive) OR (Chief W/2 Financial) OR (Chief W/2 Legal) OR (General W/2 Counsel)) W/25 claim*

Let us know if Plaintiffs agree to this proposal. Regards,

**Abbey M. Glenn**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541

1

Direct: +1.202.739.5569 | Main: +1.202.739.3000 | Mobile: +1.202.420.0005 | Fax: +1.202.739.3001
abbey.glenn@morganlewis.com | www.morganlewis.com



**From:** Glenn, Abbey M.
**Sent:** Monday, May 12, 2025 9:47 PM
**To:** 'Wong, Caroline A.' <caroline.wong@sidley.com>
**Cc:** Boran, Christopher <christopher.boran@morganlewis.com>; Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Block, Samuel D. <samuel.block@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Trombetta, Lauren F. <ltrombetta@sidley.com>
**Subject:** RE: Agrawal v. Musk letter brief - X Corp./Twitter email and Slack search terms

Caroline,

We are in receipt of the revised search term proposal you sent on Friday. We are running hit reports and evaluating your proposed terms and will respond in due course.

Regards,

**Abbey M. Glenn**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5569 | Main: +1.202.739.3000 | Mobile: +1.202.420.0005 | Fax: +1.202.739.3001
abbey.glenn@morganlewis.com | www.morganlewis.com



**From:** Wong, Caroline A. <caroline.wong@sidley.com>
**Sent:** Friday, May 9, 2025 11:44 AM
**To:** Glenn, Abbey M. <abbey.glenn@morganlewis.com>
**Cc:** Boran, Christopher <christopher.boran@morganlewis.com>; Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Block, Samuel D. <samuel.block@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Trombetta, Lauren F. <ltrombetta@sidley.com>
**Subject:** RE: Agrawal v. Musk letter brief - X Corp./Twitter email and Slack search terms

[EXTERNAL EMAIL]
Abbey,

Please see attached for Plaintiffs' revised proposal for search terms to be applied to X Corp./Twitter email and Slack data. Please let us know by end of day Monday, May 12 whether Defendants agree to this revised proposal.

If Defendants do not agree, please instead provide by that date Defendants' portion of the letter brief we sent on May 1. An updated draft of the letter brief is attached.

Best,
Caroline


**CAROLINE A. WONG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7146
caroline.wong@sidley.com
Pronouns: she/her/hers

---

**From:** Wong, Caroline A. <caroline.wong@sidley.com>
**Sent:** Tuesday, May 6, 2025 7:34 PM
**To:** Glenn, Abbey M. <abbey.glenn@morganlewis.com>
**Cc:** Boran, Christopher <christopher.boran@morganlewis.com>; Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Block, Samuel D. <samuel.block@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Trombetta, Lauren F. <ltrombetta@sidley.com>
**Subject:** RE: Agrawal v. Musk letter brief - X Corp./Twitter email and Slack search terms

Hi Abbey,

Thank you for sending these hit counts. We are evaluating them, including by assessing how they may affect Plaintiffs' most recent proposal for search terms to be applied to Twitter/X Corp. email and Slack data. We expect to be able to come back to you soon with proposals on terms to eliminate based on the hit counts you have provided.

To your other questions, we understand Judge Beeler's order to require the parties to continue to meet and confer about the search terms that you have proposed. To that end, please let us know whether you have any comments on the search terms that we last proposed on April 18 (attached here). For avoidance of any doubt, the custodians for Plaintiffs' April 11 and April 22 productions are Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett, as reflected in the metadata for those productions. As we explained in our April 18 letter and reiterated in our April 24 email, Plaintiffs are in the process of producing responsive, non-privileged documents concerning Mr. Musk's purported reasons for terminating Plaintiffs' employment that Plaintiffs can locate through reasonable search efforts. Our April 11 production consisted of communications with Mr. Musk. Our April 22 production included documents from all four of our clients that pertain to Mr. Musk's purported reasons for terminating Plaintiffs' employment. To date, we have not withheld or redacted any document on the basis of privilege.

Best,
Caroline


**CAROLINE A. WONG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7146
caroline.wong@sidley.com

3

Pronouns: she/her/hers

**From:** Glenn, Abbey M. <abbey.glenn@morganlewis.com>
**Sent:** Monday, May 5, 2025 8:06 PM
**To:** Wong, Caroline A. <caroline.wong@sidley.com>
**Cc:** Boran, Christopher <christopher.boran@morganlewis.com>; Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Block, Samuel D. <samuel.block@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Trombetta, Lauren F. <ltrombetta@sidley.com>
**Subject:** RE: Agrawal v. Musk letter brief - X Corp./Twitter email and Slack search terms

Caroline,

Attached are hit reports for Plaintiffs' search terms proposed on April 7, grouped by custodians, as Plaintiffs requested. The hit reports show that applying Plaintiffs' proposed terms to X Corp. email and Slack data results in 186,105 documents (241,561 including families). That is a whopping volume, particularly considering the narrow scope of discovery that is even arguably warranted outside of the administrative record here. Plaintiffs' proposed terms are not sufficiently tailored and include overbroad and irrelevant terms, as confirmed by the hit reports. For example, the broad Boolean string Twit* or Tweep* or tweet* applied to the Committee members' data resulted in over 148,000 hits. The same terms applied to Mr. Musk's data hit on more than 20,000 documents. Another example is your proposed search string designed to locate an email between Plaintiff Edgett and Martin Korman regarding law firm fees (a document that Defendants have already produced, *see* WACHTELL_ARB_000000837), which captured over 8,600 documents. That is but one example of a plainly unnecessary search term, given what Defendants have already produced.

Defendants applied our March 28 search terms to this data set, which resulted in 52,700 hits (72,010 including families). We have nearly completed reviewing those hits and are already producing non-privileged responsive documents on a rolling basis. The responsiveness rate for these search terms is 9%.

We have determined that 30,783 of the documents hitting on Plaintiffs' April 7 search terms overlap with those Defendants are reviewing through the application of their March 28 search terms. In other words, there is a delta of more than 155,000 documents between Defendants' March 28 search terms and Plaintiffs' April 7 search terms. Given this large volume, coupled with the review process' low responsiveness rate to date and the hit reports showing the overbreadth of Plaintiffs' search terms, let us know if Plaintiffs intend to modify their proposed search terms or would like to confer further to discuss a different approach. Otherwise, if Plaintiffs intend to move forward with your letter brief, we will send you Defendants' section on Wednesday.

On a similar topic, in light of Judge Beeler's order, we reiterate our requests that Plaintiffs (1) disclose the ESI custodians, search terms, and related hit reports (or other search methodologies) used for Plaintiffs' April 11 and 22 productions; and (2) provide hit reports for the search terms Defendants proposed on March 14 (Exhibit A of Defendants' letter brief). Please provide that information by May 7.

Regards,

**Abbey M. Glenn**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5569 | Main: +1.202.739.3000 | Mobile: +1.202.420.0005 | Fax: +1.202.739.3001
abbey.glenn@morganlewis.com | www.morganlewis.com

**GLOBAL IMPACT OF THE US ADMINISTRATION**
Visit our resource center

---

**From:** Wong, Caroline A. <caroline.wong@sidley.com>
**Sent:** Thursday, May 1, 2025 8:27 PM
**To:** Block, Samuel D. <samuel.block@morganlewis.com>
**Cc:** Boran, Christopher <christopher.boran@morganlewis.com>; Glenn, Abbey M. <abbey.glenn@morganlewis.com>; Rudolph, Dylan <dylan.rudolph@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Carney, Mitchell <mitchell.carney@morganlewis.com>; Anderson, David <dlanderson@sidley.com>; Armbrust, Sheila <sarmbrust@sidley.com>; Ryan, Nicole <nicole.ryan@sidley.com>; Georges, Chaddy <cgeorges@sidley.com>; Trombetta, Lauren F. <ltrombetta@sidley.com>
**Subject:** Agrawal v. Musk letter brief - X Corp./Twitter email and Slack search terms

[EXTERNAL EMAIL]
Sam,

As previewed on our most recent Zoom meet-and-confer, attached please find Plaintiffs' portion of a joint letter brief regarding search terms for X Corp./Twitter email and Slack data. We have also attached our proposed Exhibit A.

We ask that Defendants please provide their portion of this joint letter brief by end of day Monday, May 5, so that we can file next week.

Best,
Caroline


**CAROLINE A. WONG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7146
caroline.wong@sidley.com
Pronouns: she/her/hers


****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************


CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient,

you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.