# Exhibit C

**Exhibit C**
**Defendants' 242 Search Terms for Eight Custodians' X Corp. Email and Slack Data**

1. "2014 Plan"
2. "2017 Plan"
3. account* W/10 disclos*
4. account* W/10 fake
5. Agrawal W/25 (terminat* OR fire*)
6. Berland AND (terminat* OR fir* OR job OR position OR perform*)
7. Bjelde W/25 (CIC OR "Change in Control")
8. bots W/10 count*
9. bots W/10 disclos*
10. bots W/10 report*
11. bots W/10 under
12. Brand W/25 (terminat* OR fire OR job OR position OR perform*)
13. (Brian OR Bjelde) W/50 (appoint* W/25 Committee)
14. (Brian OR Bjelde) W/50 (deny* OR denied)
15. (Brian OR Bjelde) W/50 (join* W/25 Committee)
16. (Brian OR Bjelde) W/50 (nam* W/25 Committee)
17. (Brian OR Bjelde) W/50 (Parag OR Agrawal)
18. (Brian OR Bjelde) W/50 (select* W/25 Committee)
19. (Brian OR Bjelde) W/50 (serv* W/25 Committee)
20. (Brian OR Bjelde) W/50 (Vijaya OR Gadde)
21. (Brian OR Bjelde) W/50 appeal*
22. (Brian OR Bjelde) W/50 cause
23. (Brian OR Bjelde) W/50 claim*
24. (Brian OR Bjelde) W/50 severance
25. (Brian W/5 Bjelde) AND Foster
26. (Brian W/5 Bjelde) AND Tasher
27. (Brian W/5 Bjelde) W/50 (Edgett)
28. (Brian W/5 Bjelde) W/50 (Segal)
29. Caldwell AND (terminat* OR fir* OR job OR position OR perform*)
30. "Change of Control and Involuntary Termination Protection Policy" OR "Change of Control & Involuntary Termination Protection Policy"
31. "Change of Control Severance and Involuntary Termination Protection Policy" OR "Change of Control Severance & Involuntary Termination Protection Policy"
32. Chapman W/25 (CIC OR "Change in Control")
33. Committee W/15 establish*
34. (Committee W/10 member*) W/15 join*
35. (Committee W/10 member*) W/15 serv*
36. (Committee W/10 member*) W/25 appoint*
37. (Committee W/10 member*) W/25 select*
38. (complain* OR suit* OR lawsuit) AND (Mudge OR Pieter OR Zatko)
39. Dalana W/25 (terminat* OR fire OR job OR position OR perform*)
40. (Dhruv OR Batura) W/25 (CIC OR "Change in Control")
41. (Dhruv OR Batura) W/25 appeal*
42. (Dhruv OR Batura) W/25 cause
43. (Dhruv OR Batura) W/50 (appoint* W/25 Committee)
44. (Dhruv OR Batura) W/50 (deny* OR denied)
45. (Dhruv OR Batura) W/50 (join* W/25 Committee)
46. (Dhruv OR Batura) W/50 (nam* W/25 Committee)
47. (Dhruv OR Batura) W/50 (Ned OR Segal)
48. (Dhruv OR Batura) W/50 (Parag OR Agrawal)
49. (Dhruv OR Batura) W/50 (Sean OR Edgett)
50. (Dhruv OR Batura) W/50 (select* W/25 Committee)
51. (Dhruv OR Batura) W/50 (serv* W/25 Committee)
52. (Dhruv OR Batura) W/50 (Vijaya OR Gadde)
53. (Dhruv OR Batura) W/50 severance
54. (Dhruv W/5 Batura) AND Foster
55. (Dhruv W/5 Batura) AND Tasher
56. (Dhruv W/5 Batura) W/50 (claim OR claims)
57. (Edgett OR Vijaya OR Gadde OR Parag OR Agrawal OR Segal) W/50 reward
58. (Edgett OR Vijaya OR Gadde OR Parag OR Agrawal OR Segal) W/50 spot
59. (Edgett) W/25 (CIC OR "Change in Control")
60. Elon W/50 (spam OR bots)
61. (Elon OR Musk) AND (Alex OR Spiro) AND (Parag OR Agrawal OR Vijaya OR Gadde OR Ned OR Segal Or Sean Or Edgett) AND (terminat* OR fir* OR job OR position OR perform*)
62. (Elon OR Musk) AND (Antonio OR Gracias) AND (Parag OR Agrawal OR Vijaya OR Gadde OR Ned OR Segal Or Sean Or Edgett) AND (terminat* OR fir* OR job OR position OR perform*)
63. (Elon OR Musk) AND (executive W/10 benefits)
64. (Elon OR Musk) AND (executive W/10 severance)
65. (Elon OR Musk) AND (Jack OR Dorsey) AND (Parag OR Agrawal OR Vijaya OR Gadde OR Ned OR Segal Or Sean Or Edgett) AND (terminat* OR fir* OR job OR position OR perform*)
66. (Elon OR Musk) AND (Jared OR Birchall) AND (Parag OR Agrawal OR Vijaya OR Gadde OR Ned OR Segal Or Sean Or Edgett) AND (terminat* OR fir* OR job OR position OR perform*)
67. (Elon OR Musk) AND (Jehn OR Balajadia) AND (Parag OR Agrawal OR Vijaya OR Gadde OR Ned OR Segal Or Sean Or Edgett) AND (terminat* OR fir* OR job OR position OR perform*)
68. (Elon OR Musk) AND (Walter OR Isaacson) AND (Parag OR Agrawal OR Vijaya OR Gadde OR Ned OR Segal Or Sean Or Edgett) AND (terminat* OR fir* OR job OR position OR perform*)
69. (Elon OR Musk) W/25 (CIC OR "Change in Control")
70. (Elon OR Musk) W/25 severance
71. (Elon OR Musk) W/50 ((Ned W/5 Segal) OR Segal)

1

72. (Elon OR Musk) W/50 ((Sean W/5 Edgett) OR Edgett)
73. (Elon OR Musk) W/50 (Parag OR Agrawal)
74. (Elon OR Musk) W/50 (Sean W/5 Edgett)
75. (Elon OR Musk) W/50 (Vijaya OR Gadde)
76. (Elon OR Musk) W/50 appeal*
77. (Elon OR Musk) W/50 cause
78. (Elon OR Musk) W/50 claim*
79. executive W/10 severance
80. "false account"
81. "false accounts"
82. Gadde W/25 (terminat* OR fire*)
83. Kaiden AND (terminat* OR fir* OR job OR position OR perform*)
84. Kobre AND "success fee"
85. Kobre W/50 (rate OR discount)
86. Kobre W/50 agreement
87. Kobre W/50 cost*
88. Kobre W/50 engage*
89. Kobre W/50 fee*
90. Kobre W/50 invoice*
91. Kobre W/50 payment*
92. Kobre W/50 retain*
93. Kobre W/50 success
94. Korman AND "project fee"
95. Korman AND "success fee"
96. Korman W/50 (rate OR discount)
97. Korman W/50 agreement
98. Korman W/50 cost*
99. Korman W/50 engage*
100. Korman W/50 fee*
101. Korman W/50 invoice*
102. Korman W/50 payment*
103. Korman W/50 retain*
104. Korman W/50 retention
105. Korman W/50 success
106. (Leslie OR Berland) AND (jet OR plane OR flight* OR unauthoriz* OR authoriz*)
107. (Lindsay OR Chapman) W/25 (appoint* W/25 (Committee OR Administrator))
108. (Lindsay OR Chapman) W/25 (serv* W/25 (Committee OR Administrator))
109. (Lindsay OR Chapman) W/50 (deny* OR denied)
110. (Lindsay OR Chapman) W/50 (join* W/25 (Committee OR Administrator))
111. (Lindsay OR Chapman) W/50 (nam* W/25 (Committee OR Administrator))
112. (Lindsay OR Chapman) W/50 (Parag OR Agrawal)
113. (Lindsay OR Chapman) W/50 (select* W/25 (Committee OR Administrator))
114. (Lindsay OR Chapman) W/50 cause
115. (Lindsay W/5 Chapman) AND Foster
116. (Lindsay W/5 Chapman) AND Tasher
117. (Lindsay W/5 Chapman) W/50 (claim OR claims)
118. (Lindsay W/5 Chapman) W/50 (Ned OR Segal)
119. (Lindsay W/5 Chapman) W/50 (Sean OR Edgett)
120. (Lindsay W/5 Chapman) W/50 (Vijaya OR Gadde)
121. (Lindsay W/5 Chapman) W/50 appeal*
122. (Lindsay W/5 Chapman) W/50 severance
123. (mDAU OR DAU OR "monetized daily active users") W/25 (false OR fake OR report* OR under OR count* OR disclos*)
124. Musk W/50 (spam OR bots)
125. (Ned OR Segal) W/25 appeal*
126. (Ned OR Segal) W/25 benefits
127. (Ned OR Segal) W/50 "Good Reason"
128. (Ned OR Segal) W/50 ((legal OR law) W/5 fee*)
129. (Ned OR Segal) W/50 (deny* OR denied)
130. (Ned OR Segal) W/50 (negligen* OR "willful* misconduct")
131. (Ned OR Segal) W/50 bonus*
132. (Ned OR Segal) W/50 cause
133. (Ned OR Segal) W/50 claim*
134. (Ned OR Segal) W/50 expense*
135. (Ned OR Segal) W/50 resign*
136. (Ned OR Segal) W/50 retention
137. (Ned OR Segal) W/50 severance
138. Parag W/25 (terminat* OR fire*)
139. (Parag OR Agrawal) W/25 (CIC OR "Change in Control")
140. (Parag OR Agrawal) W/25 benefits
141. (Parag OR Agrawal) W/25 expense*
142. (Parag OR Agrawal) W/25 resign*
143. (Parag OR Agrawal) W/50 "Good Reason"
144. (Parag OR Agrawal) W/50 ((legal OR law) W/5 fee*)
145. (Parag OR Agrawal) W/50 (deny* OR denied)
146. (Parag OR Agrawal) W/50 (negligen* OR "willful* misconduct")
147. (Parag OR Agrawal) W/50 appeal*
148. (Parag OR Agrawal) W/50 bonus*
149. (Parag OR Agrawal) W/50 cause
150. (Parag OR Agrawal) W/50 claim*
151. (Parag OR Agrawal) W/50 retention
152. (Parag OR Agrawal) W/50 severance
153. Personette AND (terminat* OR fir* OR job OR position OR perform*)
154. (resolv* OR settle*) AND (Mudge OR Pieter OR Zatko)
155. Savitt AND "project fee"
156. Savitt AND "success fee"
157. Savitt W/50 (rate OR discount)
158. Savitt W/50 agreement
159. Savitt W/50 cost*
160. Savitt W/50 engage*
161. Savitt W/50 fee*
162. Savitt W/50 invoice*
163. Savitt W/50 payment*
164. Savitt W/50 retain*
165. Savitt W/50 retention
166. Savitt W/50 success
167. (Sean OR Edgett) W/25 benefits
168. (Sean OR Edgett) W/25 resign*
169. (Sean OR Edgett) W/50 "Good Reason"
170. (Sean OR Edgett) W/50 ((legal OR law) W/5 fee*)
171. (Sean OR Edgett) W/50 (deny* OR denied)

172. (Sean OR Edgett) W/50 (negligen* OR "willful* misconduct")
173. (Sean OR Edgett) W/50 appeal*
174. (Sean OR Edgett) W/50 bonus*
175. (Sean OR Edgett) W/50 cause
176. (Sean OR Edgett) W/50 claim*
177. (Sean OR Edgett) W/50 expense*
178. (Sean OR Edgett) W/50 retention
179. (Sean OR Edgett) W/50 severance
180. (Segal) W/25 (CIC OR "Change in Control")
181. (Simpson OR Thacher OR STB) AND "project fee"
182. (Simpson OR Thacher OR STB) AND "success fee"
183. (Simpson OR Thacher OR STB) W/50 (rate OR discount)
184. (Simpson OR Thacher OR STB) W/50 agreement
185. (Simpson OR Thacher OR STB) W/50 cost*
186. (Simpson OR Thacher OR STB) W/50 engage*
187. (Simpson OR Thacher OR STB) W/50 fee*
188. (Simpson OR Thacher OR STB) W/50 invoice*
189. (Simpson OR Thacher OR STB) W/50 payment*
190. (Simpson OR Thacher OR STB) W/50 retain*
191. (Simpson OR Thacher OR STB) W/50 retention
192. (Simpson OR Thacher OR STB) W/50 success
193. Spam W/10 count*
194. Spam W/10 disclos*
195. Spam W/10 report*
196. Spam W/10 under
197. standstill AND (compli* OR comply* OR adher* OR follow* OR meet*)
198. Sullivan W/25 (terminat* OR fire OR job OR position OR perform*)
199. user* W/10 count*
200. user* W/10 disclos*
201. user* W/10 fake
202. user* W/10 false
203. user* W/10 under
204. Vijaya W/25 (terminat* OR fire*)
205. (Vijaya OR Gadde) W/25 (CIC OR "Change in Control")
206. (Vijaya OR Gadde) W/25 benefits
207. (Vijaya OR Gadde) W/50 "Good Reason"
208. (Vijaya OR Gadde) W/50 ((legal OR law) W/5 fee*)
209. (Vijaya OR Gadde) W/50 (deny* OR denied)
210. (Vijaya OR Gadde) W/50 (negligen* OR "willful* misconduct")
211. (Vijaya OR Gadde) W/50 appeal*
212. (Vijaya OR Gadde) W/50 bonus*
213. (Vijaya OR Gadde) W/50 cause
214. (Vijaya OR Gadde) W/50 claim*
215. (Vijaya OR Gadde) W/50 expense*
216. (Vijaya OR Gadde) W/50 resign*
217. (Vijaya OR Gadde) W/50 retention
218. (Vijaya OR Gadde) W/50 severance
219. (Wachtell OR WLRK) AND "project fee"
220. (Wachtell OR WLRK) AND "success fee"
221. (Wachtell OR WLRK) W/50 (rate OR discount)
222. (Wachtell OR WLRK) W/50 agreement
223. (Wachtell OR WLRK) W/50 cost*
224. (Wachtell OR WLRK) W/50 engage*
225. (Wachtell OR WLRK) W/50 fee*
226. (Wachtell OR WLRK) W/50 invoice*
227. (Wachtell OR WLRK) W/50 payment*
228. (Wachtell OR WLRK) W/50 retain*
229. (Wachtell OR WLRK) W/50 retention
230. (Wachtell OR WLRK) W/50 success
231. (Wilson OR Sonsini OR WSGR) AND "project fee"
232. (Wilson OR Sonsini OR WSGR) AND "success fee"
233. (Wilson OR Sonsini OR WSGR) W/50 (rate OR discount)
234. (Wilson OR Sonsini OR WSGR) W/50 agreement
235. (Wilson OR Sonsini OR WSGR) W/50 cost*
236. (Wilson OR Sonsini OR WSGR) W/50 engage*
237. (Wilson OR Sonsini OR WSGR) W/50 fee*
238. (Wilson OR Sonsini OR WSGR) W/50 invoic*
239. (Wilson OR Sonsini OR WSGR) W/50 payment*
240. (Wilson OR Sonsini OR WSGR) W/50 retain*
241. (Wilson OR Sonsini OR WSGR) W/50 retention
242. (Wilson OR Sonsini OR WSGR) W/50 success