# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>　　　　Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**STIPULATION REGARDING THE RECEIPT AND USE OF CERTAIN CONFIDENTIAL ARBITRATION MATERIALS** |

　　　Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett (collectively, "Plaintiffs") and Defendants Elon Musk, X Corp., the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, the Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura (collectively, "Defendants") (Defendants and Plaintiffs, together, the "Parties," and Wachtell, Lipton, Rosen & Katz ("Wachtell Lipton")) through their undersigned counsel, hereby stipulate as follows:

　　　**WHEREAS,** on March 4, 2024, Plaintiffs filed a complaint in the above-captioned case ("Action");

**WHEREAS,** on November 8, 2024, Plaintiffs served Defendants with requests for production of documents seeking, among other things, "[a]ll documents produced by any Defendant, and all deposition and arbitration testimony, in connection with the proceedings in *X Corp. v. Wachtell, Lipton, Rosen & Katz*, No. CGC-23-607461 (Cal. Super. Ct., S.F. Cty.), including arbitration proceedings for JAMS Arbitration Ref. No. 5100001599, from July 5, 2023 to the Present;"

**WHEREAS,** the materials produced in the above-referenced arbitration between X Corp. and Wachtell Lipton (the "*Wachtell* Arbitration") are subject to a binding Stipulation and Protective Order, dated April 1, 2024, which limits the use and disclosure of materials designated as confidential and highly confidential (attached as "Exhibit A");

**WHEREAS,** subject to certain conditions set forth below, X Corp. and Wachtell Lipton have consented to provide the Parties with the following: (1) all transcripts of the deposition and arbitration testimony provided in the *Wachtell* Arbitration, and (2) all exhibits introduced in connection with said testimony except for exhibits produced exclusively by Wachtell Lipton (the "Produced Materials"). The Produced Materials exclude demonstratives used at deposition and arbitration.

**IT IS HEREBY STIPULATED** as follows:

1. By agreeing to provide the Parties with the Produced Materials, neither X Corp. nor Wachtell Lipton waives the confidentiality of the *Wachtell* Arbitration proceedings.

2. Both X Corp. and Wachtell Lipton retain the right to object to the production of additional *Wachtell* Arbitration materials in the future.

3. No Party shall use X Corp.'s consent or Wachtell Lipton's consent to provide the Produced Materials as a basis to seek discovery of other *Wachtell* Arbitration materials.

4.      The Parties will designate Produced Materials as "confidential" under the Stipulated Protective Order entered in this Action (Dkt. 87). The Parties agree that designating the Produced Materials as "confidential" is appropriate under the terms of the Stipulated Protective Order, and no Party will seek to remove such a designation without first obtaining consent from X Corp. and Wachtell Lipton.

5.      Should a Party wish to utilize Produced Material in any court proceeding, that Party will provide X Corp. and Wachtell Lipton with prior notice and the opportunity to require the filing of an "Administrative Motion to Consider Whether Another Party's Material Shall Be Sealed" and compliance with the procedures outlined in Civil Local Rule 79-5.

6.      This stipulation is without prejudice to any Party's ability to subsequently seek additional documents from the *Wachtell* Arbitration.

**IT IS SO STIPULATED.**

Dated: April 7, 2025

SIDLEY AUSTIN LLP

By *Sheila A.G. Armbrust*
    David L. Anderson
    Sheila A.G. Armbrust
    Nicole M. Ryan
    Chaddy Georges
    Caroline A. Wong

*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Abbey Glenn*
    Eric Meckley
    Jeremy Blumenfeld
    Christopher Boran
    Abbey Glenn
    Brian Sullivan
    Dylan Rudolph

*Attorneys for Defendants*

MORRISON & FOERSTER LLP

By_____
    Daralyn Durie
    Jordan Eth
    Ragesh Tangri
    David Weiner
    Ramsey Fisher

*Attorneys for Wachtell, Lipton, Rosen & Katz*

4