# Exhibit C



**Twitter, Inc.**
**1355 Market Street, Suite 900**
**San Francisco, CA 94103**

June 21, 2022

CONFIDENTIAL

**VIA ELECTRONIC TRANSMISSION**

William Savitt, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
WDSavitt@wlrk.com

    Re:    Twitter Master Retention Agreement

Dear Bill:

    Wachtell, Lipton, Rosen & Katz ("Outside Counsel") has been asked to represent Twitter Inc. ("Twitter"), located at 1355 Market Street, Suite 900, San Francisco, CA 94103.

    This letter agreement and its attachments (collectively, the "Agreement") set forth the policies and practices agreed to between Twitter and Outside Counsel regarding Outside Counsel's performance of legal services for Twitter. Outside Counsel accepts the terms of this Agreement by signing below, accepting a new Twitter engagement, or continuing to work on an existing engagement after receiving a copy of this Agreement. The terms of this Agreement supersede and replace any inconsistent terms contained in any prior agreement between the parties. This Agreement supplements the terms of any fee agreement entered into between Twitter and Outside Counsel, and in the event of any inconsistency between the terms of any fee agreement and this Agreement, the terms of this Agreement shall govern. All specific future matters for which Outside Counsel is retained shall be subject to and governed by this Agreement.

    The parties may enter into separate matter-specific statements of work ("MSOW"), but each shall be governed by this Agreement. In the event of any conflict or inconsistency between the terms and conditions of this Agreement and any MSOW, the terms and conditions of this Agreement shall control, provided, however, that by mutual written agreement and with specific reference this Agreement, the parties may amend the terms and conditions herein, but only with the express written approval by the General Counsel of Twitter.

    Unless otherwise agreed in writing by the Twitter attorney responsible for managing the matter (the "Legal Contact"), the terms, conditions and requirements of this Agreement shall apply to and govern all matters for which Outside Counsel has been retained by Twitter and all future matters for which Outside Counsel will be retained by Twitter. Any work requested directly by non-Legal Twitter employees must be approved in writing in advance by your Legal Contact or someone else in Twitter Legal; absent this required written pre approval, <u>you will not be paid fees, costs, or otherwise for any such work</u>.

MRA 11042022

20221103_717-000020160
XAGRAWAL001665



Notwithstanding any other provision of this Agreement, Twitter may suspend or terminate this Agreement upon written notice to Outside Counsel if Outside Counsel breaches any of the representations or warranties set for in this "Compliance with Laws" section.

14. **Audit-Response Letters.** From time to time, you may be asked to provide an audit-response letter to Twitter's auditors. It is very important that you provide your response on or before the deadline to do so. Please note the <u>materiality threshold</u> in all requests you receive and do not report matters that do not qualify under that threshold. If you ever have a question about which matters qualify for audit-reporting purposes, please contact your Legal Contact directly. Outside Counsel shall not bill Twitter for preparing audit-response letters or otherwise responding to auditors' requests for information.

15. **Controlling Law; Dispute Resolution; Waiver of Jury Trial.**

    (a) This Agreement and all other relationships between Outside Counsel and Twitter shall be governed by and interpreted in accordance with the laws of the State of California, exclusive of conflict or choice-of-law rules, and the parties hereby consent to the personal and exclusive jurisdiction and venue of the California state courts and the federal courts located in San Francisco County, California.

    (b) Notwithstanding the foregoing, except with respect to enforcing claims for injunctive or equitable relief, any dispute, claim or controversy arising out of or relating in any way to this Agreement or the interpretation, application, enforcement, breach, termination or validity thereof (including any claim of inducement of this Agreement by fraud and including determination of the scope or applicability of this agreement to arbitrate) or its subject matter (collectively, "Disputes") shall be determined by binding arbitration before one arbitrator. The arbitration shall be administered by JAMS conducted in accordance with the expedited procedures set forth in the JAMS Comprehensive Arbitration Rules and Procedures as those Rules exist on the effective date of this Agreement, including Rules 16.1 and 16.2 of those Rules. Notwithstanding anything to the contrary in this Agreement, the Federal Arbitration Act shall govern the arbitrability of all Disputes. The arbitration shall be held in San Francisco County, California, and it shall be conducted in the English language. The parties shall maintain the confidential nature of the arbitration proceeding and any award, including the hearing, except as may be necessary to prepare for or conduct the arbitration hearing on the merits, or except as may be necessary in connection with a court application for a preliminary remedy, a judicial challenge to an award or its enforcement, or unless otherwise required by law or judicial decision. The arbitrator shall have authority to award compensatory damages only and shall not award any punitive, exemplary, or multiple damages, and the parties waive any right to recover any such damages. Judgment on any award in arbitration may be entered in any court of competent jurisdiction. Notwithstanding the above, each party shall have recourse to any court of competent jurisdiction to enforce claims for injunctive and other equitable relief.

    (c) IN THE EVENT OF ANY DISPUTE BETWEEN THE PARTIES, WHETHER IT RESULTS IN PROCEEDINGS IN ANY COURT IN ANY JURISDICTION OR IN ARBITRATION, THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY,

MRA 11042022

20221103_717-000020160
XAGRAWAL001670