| | |
|---|---|
| David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>Chaddy Georges (SBN 335546)<br>cgeorges@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200 | Caroline A. Wong (*pro hac vice*)<br>caroline.wong@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Chicago, IL 60603<br>Telephone: (312) 853-7000 |

*Attorneys for Plaintiffs Parag Agrawal,*
*Ned Segal, Vijaya Gadde, and Sean Edgett*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

I, Sheila A.G. Armbrust, declare as follows:

1. I am a partner at the law firm Sidley Austin LLP and counsel for Plaintiffs in this matter. I am licensed to practice law in the State of California and admitted to practice before this Court.

2. The facts stated in this declaration are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto.

3. I respectfully submit this declaration in support of the Parties' Stipulation and [Proposed] Order Modifying Case Schedule.

4. On March 4, 2024, Plaintiffs filed their Complaint against Defendants, asserting six causes of action (Dkt. 1).

5. The Parties anticipate filing cross-motions for judgment pursuant to Federal Rule of Civil Procedure 52 as to Plaintiffs' claims for benefits under ERISA Section 502(a)(1)(B) (Counts I–IV of the Complaint).

6. The Parties anticipate filing cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 as to Plaintiffs' claim for unlawful discharge to interfere with their right to benefits under ERISA Section 510 (Count V of the Complaint) and for penalties under ERISA Section 502(c) (Count VI of the Complaint).

7. On May 20, 2024, Defendants filed a Motion to Dismiss Count V of Plaintiffs' Complaint (Dkt. 46).

8. On July 2, 2024, the Court entered an Order Setting Briefing Schedule and Hearing on Cross-Motions for Judgment (the "Scheduling Order") (Dkt. 67).

9. On November 1, 2024, the Court denied Defendants' Motion to Dismiss Count V of Plaintiffs' Complaint (Dkt. 73).

10. On February 21, 2025, the Parties filed a Stipulation and [Proposed] Order Modifying the Case Schedule, in which the Parties agreed to deadlines for fact discovery and for briefing on cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 for the Section 502(c) and 510 claims and agreed to extend previously-set deadlines for briefing on cross-motions

1

DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE, CASE NO. 3:24-CV-01304-MMC

for judgment under Federal Rule of Civil Procedure 52 for the Section 502(a)(1)(B) claims (Dkt. 88).

11. On February 26, 2025, the Court modified the Scheduling Order, setting a July 25, 2025 cutoff for fact discovery; an August 29, 2025 deadline for Plaintiffs to file Rule 52 and Rule 56 motions; an October 10, 2025 deadline for Defendants to file oppositions and cross-motions; a November 21, 2025 deadline for Plaintiffs to file replies and oppositions; a December 16, 2025 deadline for Defendants to file replies; and a January 30, 2026 hearing on the motions (Dkt. 90).

12. Since then, the Parties have undertaken significant discovery, including serving and responding to multiple sets of written discovery requests, serving rolling productions, and engaging in extensive meet-and-confers regarding the scope of discovery.

13. The Parties also have filed five letter briefs regarding discovery disputes, each of which has been resolved by Court order and the most recent of which was resolved less than a week ago, on June 11, 2025 (*see* Dkts. 101, 112, 115).

14. The Parties agreed to participate in a settlement conference before Magistrate Judge Cousins to be completed by July 25, 2025 (*see* Dkt. 99), which is the current deadline for the close of fact discovery.

15. The Parties, through their respective counsel, have met and conferred, and agree that, despite their best efforts, they cannot complete fact discovery by July 25, 2025.

16. The Parties agree that good cause exists to modify the case schedule to allow the Parties sufficient time to complete discovery in advance of submitting their cross-motions.

17. the Parties have agreed they will not rely on experts (except to the extent expert reports are already reflected in the administrative record underlying Plaintiffs' claims) as to liability issues or otherwise prior to briefing on their Rule 52 and Rule 56 motions and thus have not proposed expert discovery deadlines. In the event the Court were to find that one or more of the Plaintiffs are entitled to severance benefits based on their claims in this case, the Parties agree to meet and confer, if necessary, in an attempt to reach agreement on the amount of severance benefits to be awarded or, absent agreement, on a proposed approach for the Court to determine the amount.

1  The Parties reserve their rights as to whether expert testimony or other evidence outside the
2  administrative record may be considered in determining the amount.
3      18.    The Parties have sought one prior modification of the case schedule.
4      I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct. Executed this 17 day of June, 2025, in San Francisco, California

By */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust