David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200

Caroline A. Wong (*pro hac vice*)
caroline.wong@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA,<br><br>Defendants. | Case No. 3:24-cv-01304-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**<br><br>Assigned to: Honorable Maxine M. Chesney |

1     Pursuant to Civil L.R. 6-2 and 7-12, and Standing Order 7 of this Court, Plaintiffs, together
2 with Defendants, by and through their respective counsel, jointly stipulate as follows:

3     WHEREAS, on March 4, 2024, Plaintiffs filed their Complaint against Defendants, asserting
4 six causes of action (Dkt. 1);

5     WHEREAS, the Parties anticipate filing cross-motions for judgment pursuant to Federal Rule
6 of Civil Procedure 52 as to Plaintiffs' claims for benefits under ERISA Section 502(a)(1)(B) (Counts
7 I–IV of the Complaint);

8     WHEREAS, the Parties anticipate filing cross-motions for summary judgment pursuant to
9 Federal Rule of Civil Procedure 56 as to Plaintiffs' claim for unlawful discharge to interfere with
10 their right to benefits under ERISA Section 510 (Count V of the Complaint) and for penalties under
11 ERISA Section 502(c) (Count VI of the Complaint);

12     WHEREAS, on May 20, 2024, Defendants filed a Motion to Dismiss Count V of Plaintiffs'
13 Complaint (Dkt. 46);

14     WHEREAS, on July 2, 2024, the Court entered an Order Setting Briefing Schedule and
15 Hearing on Cross-Motions for Judgment (the "Scheduling Order") (Dkt. 67);

16     WHEREAS, on November 1, 2024, the Court denied Defendants' Motion to Dismiss Count
17 V of Plaintiffs' Complaint (Dkt. 73);

18     WHEREAS, on February 21, 2025, the Parties filed a Stipulation and [Proposed] Order
19 Modifying the Case Schedule, in which the Parties agreed to deadlines for fact discovery and for
20 briefing on cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 for
21 the Section 502(c) and 510 claims and agreed to extend previously-set deadlines for briefing on
22 cross-motions for judgment under Federal Rule of Civil Procedure 52 for the Section 502(a)(1)(B)
23 claims (Dkt. 88);

24     WHEREAS, on February 26, 2025, the Court modified the Scheduling Order, setting a July
25 25, 2025 cutoff for fact discovery; an August 29, 2025 deadline for Plaintiffs to file Rule 52 and
26 Rule 56 motions; an October 10, 2025 deadline for Defendants to file oppositions and cross-motions;
27 a November 21, 2025 deadline for Plaintiffs to file replies and oppositions; a December 16, 2025
28 deadline for Defendants to file replies; and a January 30, 2026 hearing on the motions (Dkt. 90);

1      WHEREAS, since then, the Parties have undertaken significant discovery, including serving
2   and responding to multiple sets of written discovery requests, serving rolling productions, and
3   engaging in extensive meet-and-confers regarding the scope of discovery;
4      WHEREAS, the Parties also have filed five letter briefs regarding discovery disputes, each of
5   which has been resolved by Court order and the most recent of which was resolved less than a week
6   ago, on June 11, 2025 (*see* Dkts. 101, 112, 115);
7      WHEREAS, the Parties agreed to participate in a settlement conference before Magistrate
8   Judge Cousins to be completed by July 25, 2025 (*see* Dkt. 99), which is the current deadline for the
9   close of fact discovery;
10     WHEREAS, the Parties, through their respective counsel, have met and conferred, and agree
11  that, despite their best efforts, they cannot complete fact discovery by July 25, 2025;
12     WHEREAS, the Parties agree that good cause exists to modify the case schedule to allow the
13  Parties sufficient time to complete discovery in advance of submitting their cross-motions;
14     WHEREAS, the Parties have agreed they will not rely on experts (except to the extent expert
15  reports are already reflected in the administrative record underlying Plaintiffs' claims) as to liability
16  issues or otherwise prior to briefing on their Rule 52 and Rule 56 motions and thus have not
17  proposed expert discovery deadlines. In the event the Court were to find that one or more of the
18  Plaintiffs are entitled to severance benefits based on their claims in this case, the Parties agree to
19  meet and confer, if necessary, in an attempt to reach agreement on the amount of severance benefits
20  to be awarded or, absent agreement, on a proposed approach for the Court to determine the amount.
21  The Parties reserve their rights as to whether expert testimony or other evidence outside the
22  administrative record may be considered in determining the amount; and
23     WHEREAS, the Parties have sought one prior modification of the case schedule.
24     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
25  Parties, subject to approval by the Court, that:
26  //
27  //
28  //

The case schedule shall be modified as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Parties to Substantially Complete Document Production | N/A | July 31, 2025 |
| Deadline for Parties to Propose Final Dates for Depositions | N/A | July 31, 2025 |
| Deadline for Completion of Depositions of Defendants | N/A | October 3, 2025 |
| Deadline for Completion of Depositions of Plaintiffs and Third-Parties | N/A | October 31, 2025 |
| Deadline for Parties to Complete Settlement Conference | July 25, 2025 | October 31, 2025 |
| Fact Discovery Cutoff | July 25, 2025 | October 31, 2025 |
| Deadline for Plaintiffs to File Rule 52 Motion in Connection with the ERISA § 502(a)(1)(B) Claims and Rule 56 Motion in Connection with the ERISA §§ 502(c) and 510 Claims | August 29, 2025 | November 28, 2025 |
| Deadline for Defendants to File Oppositions to Plaintiffs' Rule 52 and 56 Motions, and Cross-Motions Pursuant to Rules 52 and 56 | October 10, 2025 | January 23, 2026 |
| Deadline for Plaintiffs to File Replies in Support of Their Rule 52 and 56 Motions, and Oppositions to Defendants' Cross-Motions Pursuant to Rules 52 and 56 | November 21, 2025 | March 6, 2026 |
| Deadline for Defendants to File Replies In Support of Their Rule 52 and 56 Motions | December 16, 2025 | March 27, 2026 |
| Hearing on Rule 52 and 56 Motions | January 30, 2026 | May 1, 2026 |

Dated: June 17, 2025

**SIDLEY AUSTIN LLP**

By */s/ Sheila A.G. Armbrust*
   Sheila A.G. Armbrust

*Attorneys for Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett*

3

| | | |
|---|---|---|
| 1 | Dated: June 17, 2025 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | | |
| 3 | | By */s/ Christopher Boran* <br> Christopher Boran |
| 4 | | *Attorneys for Defendants Elon Musk, X Corp., Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura* |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulation Modifying Case Schedule, the declaration submitted in support thereof, and finding good cause exists for the Request, **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case schedule is modified as follows:

| EVENT | NEW DEADLINE |
| --- | --- |
| Deadline for Parties to Substantially Complete Document Production | July 31, 2025 |
| Deadline for Parties to Propose Final Dates for Depositions | July 31, 2025 |
| Deadline for Completion of Depositions of Defendants | October 3, 2025 |
| Deadline for Completion of Depositions of Plaintiffs and Third Parties | October 31, 2025 |
| Deadline for Parties to Complete Settlement Conference | October 31, 2025 |
| Fact Discovery Cutoff | October 31, 2025 |
| Deadline for Plaintiffs to File Rule 52 Motion in Connection with the ERISA § 502(a)(1)(B) Claims and Rule 56 Motion in Connection with the ERISA §§ 502(c) and 510 Claims | November 28, 2025 |
| Deadline for Defendants to File Oppositions to Plaintiffs' Rule 52 and 56 Motions, and Cross-Motions Pursuant to Rules 52 and 56 | January 23, 2026 |
| Deadline for Plaintiffs to File Replies in Support of Their Rule 52 and 56 Motions, and Oppositions to Defendants' Cross-Motions Pursuant to Rules 52 and 56 | March 6, 2026 |
| Deadline for Defendants to File Replies In Support of Their Rule 52 and 56 Motions | March 27, 2026 |
| Hearing on Rule 52 and 56 Motions | May 1, 2026 |

Dated: June 18, 2025

Hon. Maxine M. Chesney
Senior United States District Judge