1 | David L. Anderson (SBN 149604) | Caroline A. Wong (*pro hac vice*)
dlanderson@sidley.com | caroline.wong@sidley.com
2 | Sheila A.G. Armbrust (SBN 265998) | SIDLEY AUSTIN LLP
sarmbrust@sidley.com | One South Dearborn Chicago, IL 60603
3 | Nicole M. Ryan (SBN 175980) | Telephone: (312) 853-7000
nicole.ryan@sidley.com
4 | Chaddy Georges (SBN 335546)
cgeorges@sidley.com
5 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
6 | San Francisco, CA 94104
Tel: (415) 772-1200

*Attorneys for Plaintiffs Parag Agrawal,
Ned Segal, Vijaya Gadde, and Sean Edgett*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE, and SEAN EDGETT, | Case No. 3:24-cv-01304-MMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |
| vs. | |
| ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; TWITTER, INC. CHANGE OF CONTROL SEVERANCE AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; AND DHRUV BATURA, | Assigned to: Honorable Maxine M. Chesney |
| Defendants. | |

Pursuant to Civil L.R. 6-2 and 7-12, and Standing Order 7 of this Court, Plaintiffs, together with Defendants, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on June 18, 2025, the Court set the current case schedule (Dkt. 119);

WHEREAS, the Parties have reached a settlement and the settlement requires certain conditions to be met in the near term;

WHEREAS, the Parties agree that postponing the existing case management deadlines will permit the Parties to meet conditions required under the settlement and will conserve the Parties' and the Court's resources;

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to continue the case schedule as set forth below; and

WHEREAS, the Parties have sought two prior modifications of the case schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to approval by the Court, that:

The case schedule shall be modified as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Completion of Depositions of Defendants | October 3, 2025 | October 31, 2025 |
| Deadline for Completion of Depositions of Plaintiffs and Third-Parties | October 31, 2025 | November 26, 2025 |
| Fact Discovery Cutoff | October 31, 2025 | November 26, 2025 |
| Deadline for Plaintiffs to File Rule 52 Motion in Connection with the ERISA § 502(a)(1)(B) Claims and Rule 56 Motion in Connection with the ERISA §§ 502(c) and 510 Claims | November 28, 2025 | December 31, 2025 |
| Deadline for Defendants to File Oppositions to Plaintiffs' Rule 52 and 56 Motions, and Cross-Motions Pursuant to Rules 52 and 56 | January 23, 2026 | February 25, 2026 |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to File Replies in Support of Their Rule 52 and 56 Motions, and Oppositions to Defendants' Cross-Motions Pursuant to Rules 52 and 56 | March 6, 2026 | April 8, 2026 |
| Deadline for Defendants to File Replies In Support of Their Rule 52 and 56 Motions | March 27, 2026 | April 29, 2026 |
| Hearing on Rule 52 and 56 Motions | May 1, 2026 | June 5, 2026 |

Dated: September 30, 2025      **SIDLEY AUSTIN LLP**

By */s/ Sheila A.G. Armbrust*
   Sheila A.G. Armbrust

*Attorneys for Plaintiffs Parag Agrawal, Ned Segal, Vijaya Gadde, and Sean Edgett*

Dated: September 30, 2025      **MORGAN, LEWIS & BOCKIUS LLP**

By  */s/ Christopher Boran*
    Christopher Boran

*Attorneys for Defendants Elon Musk, X Corp., Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, Twitter, Inc. Change of Control Severance and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura*

# [~~PROPOSED~~] ORDER

Upon consideration of the Parties' Stipulation Modifying Case Schedule, the declaration submitted in support thereof, and finding good cause exists for the Request, **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case schedule is modified as follows:

| EVENT | NEW DEADLINE |
| --- | --- |
| Deadline for Completion of Depositions of Defendants | October 31, 2025 |
| Deadline for Completion of Depositions of Plaintiffs and Third Parties | November 26, 2025 |
| Fact Discovery Cutoff | November 26, 2025 |
| Deadline for Plaintiffs to File Rule 52 Motion in Connection with the ERISA § 502(a)(1)(B) Claims and Rule 56 Motion in Connection with the ERISA §§ 502(c) and 510 Claims | December 31, 2025 |
| Deadline for Defendants to File Oppositions to Plaintiffs' Rule 52 and 56 Motions, and Cross-Motions Pursuant to Rules 52 and 56 | February 25, 2026 |
| Deadline for Plaintiffs to File Replies in Support of Their Rule 52 and 56 Motions, and Oppositions to Defendants' Cross-Motions Pursuant to Rules 52 and 56 | April 8, 2026 |
| Deadline for Defendants to File Replies In Support of Their Rule 52 and 56 Motions | April 29, 2026 |
| Hearing on Rule 52 and 56 Motions | June 5, 2026 |

Dated: October 1, 2025

Hon. Maxine M. Chesney
Senior United States District Judge